STATE OF NEW YORK           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916        AND FILED ON        4/11/2007

---

ARAZ ALALI

Vs.                                                                    Plaintiff(s)/Petitioner(s)

ALBERTO DEBARA, ET AL                                                  Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK                                      )
                                                        ) SS
COUNTY OF WESTCHESTER                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/13/2007__ at __2:25PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: ALBERTO DEBARA                                       (herein called recipient)
At Location: NEW ROCHELLE POLICE DEPARTMENT                         therein named.
             475 NORTH AVENUE
             NEW ROCHELLE NY 10801

By delivering to and leaving with __VICTORIA TRIFARI, CLERK__ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On __4/16/07__, deponent completed service by depositing a copy of the
    SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BLACK |
|---|---|---|---|---|---|---|
| Age | 24/30 | Height | 5'3" | Weight | | 115 |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __4/16/2007__

_/s/ Gail Williams_                                     _/s/ John Axelrod_
                                                        John Axelrod
GAIL WILLIAMS                                           Server's License#:
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916   AND FILED ON   4/11/2007

ARAZ ALALI                                                                      Plaintiff(s)/Petitioner(s)

                                    Vs.

ALBERTO DEBARA, ET AL                                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/13/2007 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: KYLE WILSON                                                       (herein called recipient) therein named.
At Location: NEW ROCHELLE POLICE DEPARTMENT
             475 NORTH AVENUE
             NEW ROCHELLE NY 10801

By delivering to and leaving with VICTORIA TRIFARI, CLERK a person of suitable age and discretion.
Said premises is recipient's ✔ actual place of business ☐ dwelling house (usual place of abode) within the state.

On 4/16/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BLACK |
|---|---|---|---|---|---|---|
| Age | 24/30 | Height | 5'3" | Weight | 115 | |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 4/16/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
AND FILED ON        4/11/2007

ARAZ ALALI                                                                 Plaintiff(s)/Petitioner(s)

Vs.

ALBERTO DEBARA, ET AL                                          Defendant(s)/Respondent(s)

STATE OF: NEW YORK            ) SS  
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/13/2007__ at __2:25PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: EDWARD AUSTIN                                                (herein called recipient) therein named.  
At Location: NEW ROCHELLE POLICE DEPARTMENT  
475 NORTH AVENUE  
NEW ROCHELLE NY 10801

By delivering to and leaving with __VICTORIA TRIFARI, CLERK__ a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On __4/16/07__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/30 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __4/16/2007__

_Gail Williams_ (signature)

GAIL WILLIAMS  
Notary Public, State of New York  
No. 4665052  
Qualified in Westchester County  
Commission Expires September 30, 2010

John Axelrod (signature)  
Server's License#:

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916   AND FILED ON   4/11/2007

ARAZ ALALI
Vs.
ALBERTO DEBARA, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/13/2007 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: GEORGE MARSHALL (herein called recipient) therein named.
At Location: NEW ROCHELLE POLICE DEPARTMENT
475 NORTH AVENUE
NEW ROCHELLE NY 10801

By delivering to and leaving with VICTORIA TRIFARI, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 4/16/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/30 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 4/16/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4565052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916   AND FILED ON   4/11/2007

ARAZ ALALI

Vs.

ALBERTO DEBARA, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/13/2007 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: HUMBERTO MORRELL  (herein called recipient) therein named.
At Location: NEW ROCHELLE POLICE DEPARTMENT
475 NORTH AVENUE
NEW ROCHELLE NY 10801

By delivering to and leaving with VICTORIA TRIFARI, CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 4/16/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/30 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 4/16/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916    AND FILED ON    4/11/2007

ARAZ ALALI

Vs.

ALBERTO DEBARA, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/13/2007 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: MATTHEW BRADY  
At Location: NEW ROCHELLE POLICE DEPARTMENT  
475 NORTH AVENUE  
NEW ROCHELLE NY 10801

(herein called recipient) therein named.

By delivering to and leaving with VICTORIA TRIFARI, CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 4/16/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/40 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 4/16/2007

Gail Williams  
GAIL WILLIAMS  
Notary Public, State of New York  
No. 4665052  
Qualified in Westchester County  
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916   AND FILED ON   4/11/2007

ARAZ ALALI — Plaintiff(s)/Petitioner(s)

Vs.

ALBERTO DEBARA, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/13/2007 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: ANTHONY MURPHY (herein called recipient) therein named.
At Location: NEW ROCHELLE POLICE DEPARTMENT
475 NORTH AVENUE
NEW ROCHELLE NY 10801

By delivering to and leaving with VICTORIA TRIFARI, CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

On 4/16/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/30 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 4/16/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916   AND FILED ON   4/11/2007

| | |
|---|---|
| ARAZ ALALI | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| ALBERTO DEBARA, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/13/2007 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: ROBERT GAZZOLA, CAPTAIN  (herein called recipient) therein named.  
At Location: NEW ROCHELLE POLICE DEPARTMENT  
475 NORTH AVENUE  
NEW ROCHELLE NY 10801

By delivering to and leaving with VICTORIA TRIFARI, CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 4/16/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/30 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 4/16/2007

GAIL WILLIAMS  
Notary Public, State of New York  
No. 4665052  
Qualified in Westchester County  
Commission Expires September 30, 2010

John Axelrod  
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916   AND FILED ON   4/11/2007

ARAZ ALALI — Plaintiff(s)/Petitioner(s)

Vs.

ALBERTO DEBARA, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/13/2007 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PATRICK J. CARROLL, COMMISSIONER   (herein called recipient) therein named.
At Location: NEW ROCHELLE POLICE DEPARTMENT
475 NORTH AVENUE
NEW ROCHELLE NY 10801

By delivering to and leaving with VICTORIA TRIFARI, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 4/16/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/30 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 4/16/2007

_Gail Williams_ (signature)

John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2916    AND FILED ON    4/11/2007

| ARAZ ALALI | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| ALBERTO DEBARA, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/16/2007 at 3:20PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF NEW ROCHELLE    (herein called recipient) therein named.

At Location: CITY HALL
515 NORTH AVENUE
NEW ROCHELLE NY 10801

By delivering to and leaving with LYDIA HAPPEL and that deponent knew the person so served to be the SENIOR OFFICE ASSISTANT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 35/40    Height 5'3"
Weight 125    Other Features

Sworn to before me on 4/17/2007

_____
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#: