STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916           AND FILED ON          4/11/2007

ARAZ ALALI

Vs.

ALBERTO DEBARA, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                    )

COUNTY OF WESTCHESTER                              )      **SS**

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____4/13/2007_____ at _____2:25PM_____, deponent did serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       ALBERTO DEBARA                                  (herein called recipient)
                                                                                       therein   named.
At Location:        NEW ROCHELLE POLICE DEPARTMENT
                    475 NORTH AVENUE
                    NEW ROCHELLE NY  10801

By delivering to and leaving with    VICTORIA TRIFARI, CLERK    _____ a person of suitable age and discretion.
Said premises is recipient's  ☑ actual place of business  ☐ dwelling house(usual place of abode) within the state.

On_____ 4/16/07 , deponent completed service by depositing a copy of the
     SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | | _BLACK_ | |
|------|------|---------------|------|---------------|---|---------|---|
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ | | |
| Other Features | | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30 2010

John Axelrod

Server's License#:

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:   07CIV.2916              AND FILED ON              4/11/2007

---

| | | |
|---|---|---|
| ARAZ ALALI | Vs. | Plaintiff(s)/Petitioner(s) |
| ALBERTO DEBARA, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )

                                                                        )     **SS**

COUNTY OF WESTCHESTER                                   )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did
serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES                    (herein called recipient)
Party Served:      KYLE WILSON                                                                                therein   named.

At Location:       NEW ROCHELLE POLICE DEPARTMENT
                   475 NORTH AVENUE
                   NEW ROCHELLE NY  10801

By delivering to and leaving with ___VICTORIA TRIFARI, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On_____4/16/07_____, deponent completed service by depositing a copy of the

      SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_Gail Williams_ (signature)                                         _John Axelrod_ (signature)

                                                                           John Axelrod

**GAIL WILLIAMS**
Notary Public, State of New York                                  Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF   NEW YORK
DOCUMENTS SERVED WITH INDEX#:  07CIV.2916

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
AND FILED ON        4/11/2007

ARAZ ALALI

Vs.

ALBERTO DEBARA, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                     )     SS

COUNTY OF WESTCHESTER                         )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____ , deponent did

serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      EDWARD AUSTIN

At Location:       NEW ROCHELLE POLICE DEPARTMENT
                   475 NORTH AVENUE
                   NEW ROCHELLE NY  10801

(herein called recipient)
therein   named.

By delivering to and leaving with    VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  ☑  actual place of business    ☐  dwelling house(usual place of abode) within the state.

On_____ 4/16/07 , deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
| Age | 24/30 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_[signature]_

John Axelrod

Server's License#:

**GAIL WILLIAMS**
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916                AND FILED ON          4/11/2007

| ARAZ ALALI | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| ALBERTO DEBARA, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                    )
                                                                          )      SS
COUNTY OF WESTCHESTER                        )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       GEORGE MARSHALL                                                              (herein called recipient)
                                                                                                                      therein   named.
At Location:         NEW ROCHELLE POLICE DEPARTMENT
                          475 NORTH AVENUE
                          NEW ROCHELLE NY  10801

By delivering to and leaving with   VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On_____4/16/07_____, deponent completed service by depositing a copy of the
      SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_Gail Williams_                                                            _John Axelrod_
                                                                                      John Axelrod

GAIL WILLIAMS
Notary Public, State of New York                              Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30 2010

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916            AND FILED ON            4/11/2007

---

ARAZ ALALI

Vs.

ALBERTO DEBARA, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                              )

                                                               )   **SS**

COUNTY OF WESTCHESTER                   )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served:        HUMBERTO MORRELL

At Location:          NEW ROCHELLE POLICE DEPARTMENT
                            475 NORTH AVENUE
                            NEW ROCHELLE NY  10801

(herein called recipient)
therein   named.

By delivering to and leaving with ___VICTORIA TRIFARI, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's  [✔]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 4/16/07____, deponent completed service by depositing a copy of the

       SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | *FM* | Color of Skin | *WH* | Color of Hair | *BLACK* |
|-----|------|---------------|------|---------------|---------|
| Age | *24/30* | Height | *5'3"* | Weight | *115* |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)

John Axelrod

Server's License#:

STATE OF   NEW YORK

DOCUMENTS SERVED WITH INDEX#:   07CIV.2916

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

AND FILED ON          4/11/2007

---

ARAZ ALALI

Vs.

ALBERTO DEBARA, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                )    **SS**

COUNTY OF WESTCHESTER                  )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____4/13/2007_____ at _____2:25PM_____, deponent did

serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:       MATTHEW BRADY

(herein called recipient)
therein   named.

At Location:        NEW ROCHELLE POLICE DEPARTMENT

475 NORTH AVENUE

NEW ROCHELLE NY  10801

By delivering to and leaving with   VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.

Said premises is recipient's ☑  actual place of business   ☐ dwelling house(usual place of abode) within the state.

On_____ 4/16/07 , deponent completed service by depositing a copy of the

SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in

an official depository under the exclusive care and custody of the United States Post Office in the State of New

York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|------|------|---------------|------|---------------|---------|
| Age | _24/40_ | Height | _5'3"_ | Weight | _115_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States

Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_Dorp/Williams_

**GAIL WILLIAMS**
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, _2010_

John Axelrod

Server's License#:

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

---

| ARAZ ALALI | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| ALBERTO DEBARA, ET AL | | Defendant(s)/Respondent(s) |

---

STATE OF:  NEW YORK                                         )

                                                                              )  **SS**

COUNTY OF WESTCHESTER                              )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On____4/13/2007____ at _____2:25PM_____, deponent did

serve the within process as follows:

Process Served:      SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:         ANTHONY MURPHY                                                (herein called recipient)

                                                                                                          therein   named.

At Location:          NEW ROCHELLE POLICE DEPARTMENT

                            475 NORTH AVENUE

                            NEW ROCHELLE NY  10801

By delivering to and leaving with ___VICTORIA TRIFARI, CLERK_____ a person of suitable age and discretion.

Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On_____4/16/07_____, deponent completed service by depositing a copy of the

           SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | | _BLACK_ |
|---|---|---|---|---|---|---|
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ | |

| Other Features | |
|---|---|

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_____

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

| | | |
|---|---|---|
| ARAZ ALALI | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| ALBERTO DEBARA, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )

                                                                    **SS**

COUNTY OF WESTCHESTER                                          )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did serve the within process as follows:

Process Served:        SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:          ROBERT GAZZOLA, CAPTAIN                                    (herein called recipient)
                                                                                   therein   named.

At Location:           NEW ROCHELLE POLICE DEPARTMENT
                       475 NORTH AVENUE
                       NEW ROCHELLE NY  10801

By delivering to and leaving with  VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business  ☐ dwelling house(usual place of abode) within the state.

On_____ 4/16/07 _____, deponent completed service by depositing a copy of the
            SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | *FM* | Color of Skin | *WH* | Color of Hair | *BLACK* |
|-----|------|---------------|------|---------------|---------|
| Age | *24/30* | Height | *5'3"* | Weight | *115* |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the      4/16/2007
_____                          _____
                                        John Axelrod
           GAIL WILLIAMS
       Notary Public, State of New York                              Server's License#:
             No. 4665052
     Qualified in Westchester County
   Commission Expires September 30, 2010

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916                AND FILED ON            4/11/2007

---

ARAZ ALALI                                                                    Plaintiff(s)/Petitioner(s)

Vs.

ALBERTO DEBARA, ET AL                                                         Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                                )
                                                                   )     **SS**
COUNTY OF WESTCHESTER                                              )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did
serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:       PATRICK J. CARROLL, COMMISSIONER                          (herein called recipient)
                                                                                 therein   named.

At Location:        NEW ROCHELLE POLICE DEPARTMENT
                    475 NORTH AVENUE
                    NEW ROCHELLE NY  10801

By delivering to and leaving with   VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 4/16/07____, deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|------|------|------|------|------|------|
| Age | 24/30 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____4/16/2007____

_Gail Williams_                                          _[signature]_
                                                         John Axelrod

GAIL WILLIAMS                                            Server's License#:
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30. 2010

STATE OF   NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916            AND FILED ON            4/11/2007

---

ARAZ ALALI                                                          Plaintiff(s)/Petitioner(s)

                                      Vs.

ALBERTO DEBARA, ET AL                                               Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                    )
                                                        ) SS
COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On_____4/16/2007_____ at _____3:20PM_____ , deponent did serve the within process as follows:

Process Served:    | SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES |

Party Served:      | CITY OF NEW ROCHELLE |                          (herein called recipient)
                                                                      therein   named.

At Location:       | CITY HALL |
                   | 515 NORTH AVENUE |
                   | NEW ROCHELLE NY  10801 |

By delivering to and leaving with  LYDIA HAPPEL _____ and that deponent knew the person

so served to be the   SENIOR OFFICE ASSISTANT

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM        Color of Skin WH        Color of Hair BROWN

Age 35/40              Height 5'3"

Weight 125             Other Features

---

Sworn to before me on _____4/17/2007_____

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)

John Axelrod

Server's License#: