STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

| | |
|---|---|
| ARAZ ALALI | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| ALBERTO DEBARA, ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )
                                                                                      )   **SS**
COUNTY OF WESTCHESTER                                       )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____4/13/2007_____ at _____2:25PM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:        ALBERTO DEBARA                                                    (herein called recipient)
                                                                                                        therein   named.

At Location:          NEW ROCHELLE POLICE DEPARTMENT
                          475 NORTH AVENUE
                          NEW ROCHELLE NY  10801

By delivering to and leaving with ___VICTORIA TRIFARI, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's  ☑ actual place of business  ☐ dwelling house(usual place of abode) within the state.

On_____ 4/16/07____ , deponent completed service by depositing a copy of the

       SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_Gail Williams_ (signature)                                         _John Axelrod_ (signature)

**GAIL WILLIAMS**                                                        John Axelrod
**Notary Public, State of New York**
**No. 4665052**                                                           Server's License#:
**Qualified in Westchester County**
**Commission Expires September 30 2010**

STATE OF  NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916     AND FILED ON     4/11/2007

ARAZ ALALI                                              Plaintiff(s)/Petitioner(s)

                              Vs.

ALBERTO DEBARA, ET AL                                   Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                              )    **SS**

COUNTY OF WESTCHESTER                            )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On____4/13/2007____ at _____2:25PM____, deponent did serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      KYLE WILSON                                 (herein called recipient)
                                                              therein   named.
At Location:       NEW ROCHELLE POLICE DEPARTMENT
                   475 NORTH AVENUE
                   NEW ROCHELLE NY  10801

By delivering to and leaving with ___VICTORIA TRIFARI, CLERK___ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On_____4/16/07____, deponent completed service by depositing a copy of the
   SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____4/16/2007____                         John Axelrod

GAIL WILLIAMS                                        Server's License#:
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

| | |
|---|---|
| ARAZ ALALI                                Vs.<br><br>ALBERTO DEBARA, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                   )        SS

COUNTY OF WESTCHESTER                          )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____4/13/2007_____ at _____2:25PM_____ , deponent did

serve the within process as follows:

Process Served:      SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:          EDWARD AUSTIN                                                          (herein called recipient)
                                                                                                              therein   named.

At Location:           NEW ROCHELLE POLICE DEPARTMENT
                            475 NORTH AVENUE
                            NEW ROCHELLE NY  10801

By delivering to and leaving with   VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  [✔]  actual place of business   [ ]  dwelling house(usual place of abode) within the state.

On_____ 4/16/07 , deponent completed service by depositing a copy of the

       SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | 24/30 | Height | 5'3" | Weight | 115 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_Deni Williams_                                                    _John Axelrod_

GAIL WILLIAMS
Notary Public, State of New York                                        Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

ARAZ ALALI                                      Vs.                              Plaintiff(s)/Petitioner(s)

ALBERTO DEBARA, ET AL                                                          Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                      )    **SS**

COUNTY OF WESTCHESTER                                    )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did

serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:     GEORGE MARSHALL                                          (herein called recipient)
                                                                              therein   named.

At Location:      NEW ROCHELLE POLICE DEPARTMENT
                  475 NORTH AVENUE
                  NEW ROCHELLE NY  10801

By delivering to and leaving with   VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  ☑  actual place of business  ☐  dwelling house(usual place of abode) within the state.

On_____ 4/16/07_____, deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_Gaip Williams_                                         John Axelrod

**GAIL WILLIAMS**
Notary Public, State of New York                              Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30 *2010*

STATE OF   NEW YORK                          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916              AND FILED ON              4/11/2007

---

ARAZ ALALI                                      Vs.                               Plaintiff(s)/Petitioner(s)

ALBERTO DEBARA, ET AL                                                             Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                          )

                                                            )    **SS**

COUNTY OF WESTCHESTER                                        )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did
serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       HUMBERTO MORRELL                                         (herein called recipient)
                                                                              therein   named.
At Location:        NEW ROCHELLE POLICE DEPARTMENT
                    475 NORTH AVENUE
                    NEW ROCHELLE NY  10801

        By delivering to and leaving with   VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.
        Said premises is recipient's  [✔] actual place of business    [ ] dwelling house(usual place of abode) within the state.

        On_____ 4/16/07 , deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|------|------|---------------|------|---------------|---------|
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_(signature)_                                              _(signature)_
                                                           John Axelrod
GAIL WILLIAMS
Notary Public, State of New York                           Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF  NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

| | | |
|---|---|---|
| ARAZ ALALI | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| ALBERTO DEBARA, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                          )          **SS**

COUNTY OF WESTCHESTER                                )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did

serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:        MATTHEW BRADY                                          (herein called recipient)

                                                                                                    therein   named.

At Location:         NEW ROCHELLE POLICE DEPARTMENT

                          475 NORTH AVENUE

                          NEW ROCHELLE NY  10801

By delivering to and leaving with   VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.

Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On_____ 4/16/07 __, deponent completed service by depositing a copy of the

           SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | | _BLACK_ |
|---|---|---|---|---|---|---|
| Age | _24/40_ | Height | _5'3"_ | Weight | _115_ | |

| Other Features | |
|---|---|

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____4/16/2007_____

_Gail Williams_ (signature)

_John Axelrod_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, _2010_

                                                                 John Axelrod

                                                                 Server's License#:

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

| ARAZ ALALI | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| ALBERTO DEBARA, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                     )

                                                                        )    **SS**

COUNTY OF WESTCHESTER                          )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On____4/13/2007_____ at _____2:25PM_____, deponent did

serve the within process as follows:

Process Served:      SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:         ANTHONY MURPHY                                                                    (herein called recipient)
                                                                                                                          therein  named.

At Location:          NEW ROCHELLE POLICE DEPARTMENT
                           475 NORTH AVENUE
                           NEW ROCHELLE NY  10801

By delivering to and leaving with ___VICTORIA TRIFARI, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's  ☑  actual place of business  ☐  dwelling house(usual place of abode) within the state.

On_____4/16/07_____, deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | | _BLACK_ |
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ | |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the    4/13/2007

_____                              _____
GAIL WILLIAMS                                                                    John Axelrod
Notary Public, State of New York
No. 4665052                                                                      Server's License#:
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

| ARAZ ALALI | Vs. | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| ALBERTO DEBARA, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                )
                                                                              )    **SS**
COUNTY OF WESTCHESTER                                   )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did
serve the within process as follows:

Process Served:      SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served:          ROBERT GAZZOLA, CAPTAIN                                                    (herein called recipient)
                                                                                                                           therein   named.
At Location:           NEW ROCHELLE POLICE DEPARTMENT
                              475 NORTH AVENUE
                              NEW ROCHELLE NY  10801

By delivering to and leaving with   VICTORIA TRIFARI, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's  ☑  actual place of business  ☐  dwelling house(usual place of abode) within the state.

On_____4/16/07_____, deponent completed service by depositing a copy of the

          SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____4/16/2007_____

_Gaip Williams_                                                                John Axelrod

**GAIL WILLIAMS**
Notary Public, State of New York                              Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

ARAZ ALALI

Vs.

ALBERTO DEBARA, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                    )

                                                                          )   **SS**

COUNTY OF WESTCHESTER                             )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____4/13/2007_____ at _____2:25PM_____, deponent did serve the within process as follows:

Process Served:      SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:          PATRICK J. CARROLL, COMMISSIONER

At Location:           NEW ROCHELLE POLICE DEPARTMENT
                             475 NORTH AVENUE
                             NEW ROCHELLE NY  10801

(herein called recipient)
therein   named.

By delivering to and leaving with   VICTORIA TRIFARI, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  ☑ actual place of business  ☐ dwelling house(usual place of abode) within the state.

On_____ 4/16/07_____, deponent completed service by depositing a copy of the

         SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | | _BLACK_ | |
|-----|------|---------------|------|---------------|---|---------|---|
| Age | _24/30_ | Height | _5'3"_ | Weight | _115_ | | |
| Other Features | | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____4/16/2007____

_Gail Williams_ (signature)

_John Axelrod_ (signature)

John Axelrod

Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF    NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.2916          AND FILED ON          4/11/2007

| | |
|---|---|
| ARAZ ALALI<br><br>                    Vs.<br><br>ALBERTO DEBARA, ET AL | Plaintiff(s)/Petitioner(s)<br><br><br>Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                    )        **SS**

COUNTY OF WESTCHESTER                                  )

   The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____4/16/2007_____ at _____3:20PM_____, deponent did serve the within process as follows:

Process Served:   | SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES |

Party Served:   | CITY OF NEW ROCHELLE |    (herein called recipient)<br>        therein   named.

At Location:   | CITY HALL |<br>| 515 NORTH AVENUE |<br>| NEW ROCHELLE NY  10801 |

By delivering to and leaving with    LYDIA HAPPEL _____ and that deponent knew the person

so served to be the    SENIOR OFFICE ASSISTANT

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 35/40 | | Height | 5'3" | |
| Weight | 125 | | Other Features | | |

Sworn to before me on _____4/17/2007_____

_Gail Williams_

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)

John Axelrod

Server's License#: