# MEMO ENDORSED

## WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407
Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

---

www.wilsonelser.com

Peter A. Meisels, Partner
Peter.Meisels@wilsonelser.com

April 27, 2007

**Via Facsimile and Regular Mail**
**(914) 390-4085**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:     Araz Alali v. Alberto DeBara, individually, Kye Wilson, individually,
        Edward Austin, individually, George Marshall, individually,
        Humberto Morrell, individually, Matthew Brady, individually,
        Anthony Muprhy, individually, Robert Gazzola, individually, Patrick
        J. Carroll, individually, and the City of New Rochelle, New York
        Index No.:  07 Civ. 2916
        Our File No.: 07367.00059

Dear Judge Brieant:

With the consent of plaintiff's counsel, we request that the defendants'
time to move against or answer the complaint be extended to May 28,
2007.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Peter A. Meisels
PAM:kt
cc:     Jonathan Lovett, Esq. (via fax and regular mail)

*(handwritten in left margin:)* Application Granted
SO ORDERED
April 27, 2007
Charles L. Brieant
USDJ

1548658.1