**MEMO ENDORSED**

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407
Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

Peter A. Meisels, Partner
Peter.Meisels@wilsonelser.com

[Stamp: U.S. DISTRICT COURT, MAY 04 2007, S.D. OF N.Y. W.P.]

April 27, 2007

**Via Facsimile and Regular Mail**
**(914) 390-4085**

[Stamp: MEMO ENDORSED]

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Araz Alali v. Alberto DeBara, individually, Kye Wilson, individually, Edward Austin, individually, George Marshall, individually, Humberto Morrell, individually, Matthew Brady, individually, Anthony Muprhy, individually, Robert Gazzola, individually, Patrick J. Carroll, individually, and the City of New Rochelle, New York
Index No.: 07 Civ. 2916
Our File No.: 07367.00059

Dear Judge Brieant:

With the consent of plaintiff's counsel, we request that the defendants' time to move against or answer the complaint be extended to May 28, 2007.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*[signature]*
Peter A. Meisels
PAM:kt
cc: Jonathan Lovett, Esq. (via fax and regular mail)

[Handwritten margin note: MICROFILMED MAY 04 2007 NWP]

[Handwritten margin note: Application granted. SO ORDERED. Charles Brieant, May 1, 2007]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:___ DATE FILED:___]

1548658.1