WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
Attn:   Peter A. Meisels (PM-5018)
          Lalit Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   07 Civ. 1296(CLB)
ARAZ ALALI,

                            Plaintiff,

    -against-

ROBERT GAZZOLA, individually, PATRICK J.
CARROLL, individually, and the CITY OF NEW
ROCHELLE, New York,

                            Defendants.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Defendants Robert Gazzola, Patrick J. Carroll and the City of New Rochelle appear herein by their counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, demand that all notices given or required to be given in this case, and all papers served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
Attn:  Peter A. Meisels, Esq.
Lalit K. Loomba, Esq.
Tel: (914) 323-7000
Fax: (914) 323-7001
E-mail: peter.meisels@wilsonelser.com and lalit.loomba@wilsonelser.com

1569876.1

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
      May 23, 2007

                                WILSON, ELSER, MOSKOWITZ
                                EDELMAN & DICKER LLP
                                Attorneys for Defendants

                    By:   /Peter A. Meisels
                                Peter A. Meisels (PAM 5018)

                                3 Gannett Drive
                                White Plains, NY  10604
                                Tel: (914) 323-7000
                                Fax: (914) 323-7001

TO:    LOVETT & GOULD, LLP
         Attorneys for Plaintiff
         222 Bloomingdale Road
         White Plains, NY 10605
         Attn:  Jonathan Lovett, Esq.

1569876.1