WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
Attn:  Peter A. Meisels, Esq. (PM-5018)
       Lalit K. Loomba, Esq. (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 Civ. 2916(CLB)
ARAZ ALALI,

                            Plaintiff,

    -against-

ALBERTO DeBARA, individually, KYLE
WILSON, individually, EDWARD AUSTIN,
individually, GEORGE MARSHALL,
individually, HUMBERTO MORRELL,
individually, MATTHEW BRADY, individually,
ANTHONY MUPRHY, individually, ROBERT
GAZZOLA, individually, PATRICK J.
CARROLL, individually, and the CITY OF NEW
ROCHELLE, New York,

                            Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the defendants Alberto DeBara, Kyle Wilson, Edward Austin, George Marshall, Humberto Morrell, Matthew Brady, Anthony Murphy, Robert Gazzola, Patrick J. Carroll and the City of New Rochelle appear herein by their counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, demand that all notices given or required to be given in this case, and all papers served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

1569816.1

>Wilson, Elser, Moskowitz, Edelman & Dicker LLP
>3 Gannett Drive
>White Plains, NY 10604
>Attn: Peter A. Meisels, Esq.
>Lalit K. Loomba, Esq.
>Tel: (914) 323-7000
>Fax: (914) 323-7001
>E-mail: peter.meisels@wilsonelser.com and lalit.loomba@wilsonelser.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
       May 23, 2007

>WILSON, ELSER, MOSKOWITZ
>EDELMAN & DICKER LLP
>Attorneys for Defendants
>
>By:  /Peter A. Meisels
>     Peter A. Meisels (PAM 5018)
>
>     3 Gannett Drive
>     White Plains, NY  10604
>     Tel: (914) 323-7000
>     Fax: (914) 323-7001

TO:   LOVETT & GOULD, LLP
      Attorneys for Plaintiff
      222 Bloomingdale Road
      White Plains, NY 10605
      Attn: Jonathan Lovett, Esq.

1569816.1