WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn: Peter A. Meisels, Esq. (PM-5018)
     Lalit K. Loomba, Esq. (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 Civ. 2916(CLB)
ARAZ ALALI,

                Plaintiff,

   -against-                                             **NOTICE OF MOTION
                                                        PURSUANT TO
ALBERTO DeBARA, individually, KYLE                      RULE 12(b) FOR A
WILSON, individually, EDWARD AUSTIN,                    JUDGMENT DISMISSING
individually, GEORGE MARSHALL,                          THE COMPLAINT**
individually, HUMBERTO MORRELL,
individually, MATTHEW BRADY, individually,
ANTHONY MUPRHY, individually, ROBERT
GAZZOLA, individually, PATRICK J.
CARROLL, individually, and the CITY OF NEW
ROCHELLE, New York,

                Defendants.
------------------------------------------------------------x

    PLEASE TAKE NOTICE that upon the annexed declaration of Peter A. Meisels, dated May 24, 2007, the accompanying memorandum of law, dated May 24, 2007, and all the prior proceedings herein, the defendants Alberto DeBara, Kyle Wilson, Edward Austin, George Marshall, Humberto Morrell, Matthew Brady, Anthony Murphy, Robert Gazzola, Patrick J. Carroll and the City of New Rochelle will move this Court, before the Hon. Charles L. Brieant,

1569916.1

on June 22, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing the complaint.

Dated: White Plains, New York
       May 24, 2007

                          Yours, etc.

                          WILSON, ELSER, MOSKOWITZ,
                          EDELMAN & DICKER LLP
                          Attorneys for Defendants

                          By:  Peter A. Meisels (PM-5018)

                          3 Gannett Drive
                          White Plains, NY  10604
                          (914) 323-7000
                          File No. 07367.00059

TO:    LOVETT & GOULD, LLP
          Attorneys for Plaintiff
          222 Bloomingdale Road
          White Plains, NY 10605
          Attn:  Jonathan Lovett, Esq.

1569916.1