WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn: Peter A. Meisels, Esq. (PM-5018)
      Lalit K. Loomba, Esq. (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 Civ. 2916(CLB)
ARAZ ALALI,

                     Plaintiff,

  -against-

ALBERTO DeBARA, individually, KYLE       **DECLARATION OF**
WILSON, individually, EDWARD AUSTIN,    **PETER A. MEISELS**
individually, GEORGE MARSHALL,
individually, HUMBERTO MORRELL,
individually, MATTHEW BRADY, individually,
ANTHONY MUPRHY, individually, ROBERT
GAZZOLA, individually, PATRICK J.
CARROLL, individually, and the CITY OF NEW
ROCHELLE, New York,

                     Defendants.
------------------------------------------------------------x

      PETER A. MEISELS, an attorney admitted to practice law before the Courts of the State of New York and the United States District Court for the Southern District of New York, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am a member of the firm of Wilson, Elser, Moskowitz, Edelman Dicker LLP. I submit this declaration in support of the motion by defendants Alberto DeBara, Kyle Wilson, Edward Austin, George Marshall, Humberto Morrell, Matthew Brady,

1569683.2

Anthony Murphy, Robert Gazzola, Patrick J. Carroll and the City of New Rochelle for a judgment dismissing the complaint pursuant to Fed.R.Civ.P. 12(b).

2. Annexed hereto as **Exhibit A** is a true copy of the complaint in plaintiff's prior pending action against the City of New Rochelle, Patrick J. Carroll and Robert Gazzola, filed on February 21, 2007.

3. Annexed hereto as **Exhibit B** is a true copy of the complaint in this action, filed on April 11, 2007.

4. Annexed hereto as **Exhibit C** is a true copy of the Notice of Charge of Discrimination issued by the U.S. Equal Employment Opportunity Commission on March 6, 2007.

5. Annexed hereto as **Exhibit D** is an invoice from Iona College for plaintiff's tuition and a voucher and cancelled check demonstrating payment by the City of its share of the tuition.

6. I am unaware of any controversy as to the authenticity of the annexed documents.

I declare that the foregoing is true and correct. Executed this 24th day of May, 2007.

Peter A. Meisels

1569683.2