EEOC FORM 131 (5/01)

# U.S. Equal Employment Opportunity Commission

|  |  |
|---|---|
| CITY OF NEW ROCHELLE<br>Attn: Chief Of Police<br>475 North Avenue<br>New Rochelle, NY 10801 | **PERSON FILING CHARGE**<br>**Araz Alali**<br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>**EEOC CHARGE NO.**<br>**520-2007-01727** |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act   [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **30-MAR-07** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **23-MAR-07** to **Michael Bertty, ADR Coordinator, at (212) 336-3646**
   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Michael Bertty,
ADR Coordinator
EEOC Representative
Telephone (212) 336-3646

New York District Office - 520
33 Whitehall Street
5th Floor
New York, NY 10004

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**
[X] RACE   [X] COLOR   [ ] SEX   [ ] RELIGION   [X] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [X] RETALIATION   [ ] OTHER

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| March 6, 2007 | Spencer H. Lewis, Jr., Director | [signature] |

MAR 15 2007 AM 8:16
RECEIVED TIME MAR. 15.  9:50AM

## CHARGE OF DISCRIMINATION

| | ENTER CHARGE NUMBER |
|---|---|
| is form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form | ☐ FEPA<br>☒ EEOC |

520-2007-01227

NEW YORK STATE DIVISION OF HUMAN RIGHTS     and EEOC
(State or local Agency, if any)

| NAME (Indicate Mr., ) | DOB: 06/17/72 | HOME TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Mr. Araz Alali | ss#: 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 | 914-738-0909 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 703 Pelham Road, Unit 514, New Rochelle, New York 10805 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| City of New Rochelle | 500+- | 914-654-2227 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | |
|---|---|---|
| 475 North Avenue, New Rochelle, New York | FEB 15 2007 | |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| N/A | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | |
|---|---|---|
| | EEOC | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year) |
|---|---|
| ☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN<br>☐ AGE  ☐ RETALIATION  ☐ OTHER | February 12, 2007 |

I am a male of Iraqi national origin and am employed as a Police Officer in the Respondent City of New Rochelle, New York. I am the only sworn member of the Department who is of Middle Eastern descent; and I believe I am the first such individual ever to be employed by the Respondent in its Police Department. Since virtually the commencement of my employment with Respondent I have been: targeted for disparate treatment (referred to as "Ali Baba", "terrorist", and inter alia "Ali"); denied specialized training which is routinely given to less senior officers; repeatedly false accused of wrong-doing; targeted for retaliation for conduct engaged in with complete impunity by other members of the Police Department; repeatedly given job performance evaluations falsely characterizing my work as "below standard" when in fact my job performance is above standard; repeatedly "investigated" on admittedly false/frivolous civilian complaints; punitively assigned to exclusively issue traffic tickets for double parked vehicles and operators of motor vehicles who make U-turns on North Avenue in the City of New Rochelle; punitively assigned to work as a dispatcher -- an assignment no other Police Officer has had given the employment by the Respondent of civilian dispatchers; forbidden to operate a police vehicle; assigned foot patrol on midnight tours of duty -- an otherwise non-existent assignment -- in snow and rainy conditions. Since the only conceivable motive for this disparate treatment is my race, national origin and/or ethnicity I charge Respondent with violating my rights under Title VII.

| ☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY-(When necessary to meet State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>_[signature]_<br>SIGNATURE OF COMPLAINANT<br><br>Araz Alali, 2/12/07 | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month and year) |

MAR 15 2007 AM 8:16

RECEIVED TIME  MAR. 15.  9:50AM