**Exhibit D**

BILL EACH ORDER ON SEPARATE FORM

**STANDARD CLAIM FORM**

# CITY OF NEW ROCHELLE
515 North Ave. NEW ROCHELLE, NEW YORK 10801 TEL 654-2068

For time stamp only

TO BE COMPLETED BY VENDOR

DEPARTMENT: POLICE
LOCATION TO WHICH DELIVERED:
VENDOR'S INVOICE NO.
INVOICE DATE: 2/15/07
TERMS:

VENDOR COMPLETE A, B, C, D, E IF APPLICABLE

VENDOR LEAVE BLANK
Claim Number: 001668
ACCOUNT NO.: PDP835

A. DATE: 2-15-07
B. CONTRACT REQUIREMENT (SPECIFICATION)
C. N Y STATE CONTRACT NO. (IF APPLICABLE)
D. PURCHASE ORDER NO.

(TO BE COMPLETED BY VENDOR)

VENDOR'S NAME ADDRESS:
Iona College
715 North Avenue
New Rochelle, New York 10801

**INSTRUCTIONS TO VENDOR.**
1. PREPARE ALL FOUR COPIES OF THIS FORM ON DATE OF SHIPMENT. USE INK, TYPEWRITER OR INDELIBLE PENCIL.
2. SEND FIRST THREE COPIES DIRECTLY TO DEPARTMENT RECEIVING THE ORDER, CITY HALL, NEW ROCHELLE, N.Y. 10801.
3. RETAIN FOURTH COPY FOR YOUR FILE.
4. INDICATE WHETHER INVOICE REPRESENTS:
   ☐ PARTIAL DELIVERY      ☐ FINAL OR COMPLETE DELIVERY

TO BE COMPLETED BY VENDOR | VENDOR LEAVE BLANK

| QUAN. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | | Tuition Reimbursement for Araz Alali as per contract for Year 2006 | | $5,714.00 |
| | | | TOTAL | $5,714.00 |

FEDERAL TAX EXEMPTION REGISTRATION NO A-146133
THE CITY OF NEW ROCHELLE IS EXEMPT FROM PAYMENT OF ALL FEDERAL, NEW YORK CITY AND STATE TAXES. DO NOT INCLUDE TAXES WHEN SUBMITTING CLAIMS.

I HEREBY CERTIFY THAT TO MY KNOWLEDGE AND BELIEF THE ABOVE CHARGES ARE JUST AND TRUE, THAT THE SERVICES CHARGED HAVE BEEN RENDERED; THAT ANY DISBURSEMENTS INCLUDED WERE MADE FOR OUR ACCOUNT; THAT THE ARTICLES CHARGED HAVE BEEN FURNISHED IN ACCORDANCE WITH SPECIFICATIONS; THAT NO PART OF ABOVE CHARGES HAVE BEEN PAID EXCEPT AS INDICATED; THAT THERE ARE NO OFFSETS AGAINST SUCH CHARGES.

AUTHORIZED SIGNATURE OF VENDOR AND TITLE

(SPACE BELOW FOR MUNICIPAL USE) | (TO BE COMPLETED BY ACCOUNTING DIVISION)

**USING BUREAU OR DEPARTMENT APPROVAL**
THE ABOVE SERVICES OR MATERIALS WERE RENDERED OR FURNISHED TO THE CITY OF NEW ROCHELLE ON THE DATES STATED ON DELIVERY SLIPS AND THE CHARGES WERE CORRECT.
2-15-07    2/15/07
DATE   AUTHORIZED BUREAU REPRESENTATIVE   Date   Director/Commissioner

**PURCHASING DEPARTMENT APPROVAL**
BASED UPON DELIVERY SLIPS ACKNOWLEDGED, PURCHASE ORDER, EMERGENCY AUTHORIZATION ORDER, AND/OR REQUISITION CONFIRMATION AUTHORIZATION. I HEREBY CERTIFY THAT THIS CLAIM HAS BEEN RENDERED IN ACCORDANCE WITH THE CONTRACT, OR APPROVED ESTIMATE.

DATE   PURCHASING AGENT   DATE   SIGNATURE   DATE   DIRECTOR OF FINANCE

TOTAL AMOUNT $
DISCOUNT $
NET AMOUNT $
PAID BY CHECK NO. 104570
DATE OF CHECK MAR 23 2007 ✓

RECEIVED TIME MAY. 23. 10:26AM COPY

# IONA

**IONA COLLEGE**
715 North Avenue
New Rochelle, NY 10801-1890
(914) 633-2497
sfs@iona.edu

Student Name: Araz Alali
Account Number: 0274400
Statement Date: 01/24/2007
Invoice Period: Spring 2006
Due Date: Past due

| Account Summary: | |
|---|---:|
| Prior Balance | 3,971.00 |
| Prior Pending Aid | 0.00 |
| Prior Unpaid Balance | 3,971.00 |
| Current Charges | 3,971.00 |
| Payments | 0.00 |
| Current Pending Aid | 0.00 |
| **Amount Due** | **7,942.00** |

This statement is now past due, a copy will be sent to the employer and the student.

| Posted Date | Item Term | Listing of Charges and Credits | Charges | Credits |
|---|---|---|---:|---|
| 02/24/2006 | Spring 2006 | Tuition - Undergrad Evening | 3,896.00 | |
| 02/24/2006 | Spring 2006 | Registration Fee | 35.00 | |
| 02/24/2006 | Spring 2006 | Technology Fee | 20.00 | |
| 02/24/2006 | Spring 2006 | Recreation Facility Fee | 20.00 | |
| Total Enrolled Credits: 8.0 | | Total of Charges and Credits | 3,971.00 | |

**Unapplied Financial Aid:** Any amount listed below as "Unapplied Financial Aid" represents estimated Financial Aid NOT yet CREDITED to this account. Any amounts listed are contingent upon their receipt and the fulfillment of all applicable Federal, State and Iona College requirements.

| Term | Award Descr | Amount |
|---|---|---|
| | No Pending Financial Aid | |

---

Return this portion with your payment.

Please send all Credit Card payments to:
Iona College, SFS Office
715 North Avenue
New Rochelle, NY 10801

*FOR ALL OTHER PAYMENTS, USE THE ENCLOSED ENVELOPE*

Araz Alali
703 Pelham Rd Unit 514
New Rochelle, NY 10805

| Account Number | 0274400 |
|---|---:|
| Amount Due | 7,942.00 |
| Amount Paid | |

We accept VISA, MasterCard, Discover & AMEX

MAR 2 3 2007




**Check Info**

| | |
|---|---|
| Account: | 9403565912 |
| Amount: | 5,714.00 |
| Check #: | 104570 |
| Posted Date: | 03/29/2007 |

Bank of America, N.A. Member FDIC.
©2005 Bank of America Corporation. All rights reserved.