# LOVETT & GOULD, LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| JONATHAN LOVETT<br>JANE BILUS GOULD | 222 BLOOMINGDALE ROAD<br>WHITE PLAINS, N.Y. 10605 | KIM PATRICIA BERG+<br>DRITA NICAJ+ |

+also admitted in New Jersey

914-426-8401
FAX 914-428-8916

June 7, 2007

VIA FACSIMILE

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: Alali v. DeBara, 07 Civ. 2916 (CLB)

Dear Judge Brieant:

  We represent the Plaintiff in the above referenced matter. Defendants have filed a motion to dismiss pursuant to Rule 12(b)(6) and selected a return date of June 22, 2007. I am writing to respectfully request an adjournment of that date to July 13, 2007 at 9:00 a.m. If granted, Plaintiff will serve opposition to the instant motion by July 2, 2007.

  I have spoken with defense counsel, Peter A. Meisels, who consents to this request.

            Respectfully submitted,

            Kim Berg

KB:nb

cc: Peter A. Meisels, Esq. (via facsimile)