UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ARAZ  ALALI,

                    Plaintiff,

           -against-

ALBERTO DeBARA, individually,
KYLE WILSON, individually,
EDWARD AUSTIN, individually,
GEORGE MARSHALL, individually,
HUMBERTO MORRELL, individually,
MATTHEW BRADY, individually,
ANTHONY MURPHY, individually,
ROBERT GAZZOLA, individually,
PATRICK J. CARROLL, individually,
and the CITY OF NEW ROCHELLE,
New York,

                   Defendants.

------------------------------------------------------x

07 Civ. 2916 (CLB)

**AFFIDAVIT OF KIM BERG
IN OPPOSITION TO
DEFENDANTS' RULE 12(b)(6)
MOTION TO DISMISS**

State of New York    )
                      ) ss:
County of Westchester  )

      KIM BERG, being duly sworn, deposes and says:

      1.   I am an attorney duly admitted to practice before this Court and an associate

with Lovett & Gould LLP, attorneys for Plaintiff Araz Alali in the above captioned

matter. I submit this affidavit on Plaintiff's behalf in opposition to Defendants' motion to

dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      2.   Annexed hereto as Exhibit 1 is a copy of the invoice from Iona College dated

March 9, 2007 showing a total amount due of $16,744.00

WHEREFORE it is respectfully submitted that Defendants' motion to dismiss should be denied in all respects.

_____
KIM BERG

Sworn to before me this
21st day of June, 2007.

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 _LC_

**EXHIBIT 1**



**IONA COLLEGE**
715 North Avenue
New Rochelle, NY 10801-1890
(914) 633-2497
sfs@iona.edu

| | | |
|---|---|---|
| Student Name | **Araz Alali** | |
| Account Number | **0274400** | |
| Statement Date | **03/09/2007** | |
| Invoice Period | **Spring 2007** | |
| Due Date | **February 26th, 2007** | |

Remember to submit your company reimbursement documentation to avoid late fees after the due date. Thank you.

**Account Summary:**

| | |
|---|---|
| Prior Balance | 14,506.00 |
| Prior Pending Aid | 0.00 |
| Prior Unpaid Balance | 14,506.00 |
| Current Charges | 2,238.00 |
| Payments | 0.00 |
| Current Pending Aid | 0.00 |
| **Amount Due** | **16,744.00** |

| Posted Date | Item Term | Listing of Charges and Credits | Charges | Credits |
|---|---|---|---|---|
| 02/28/2007 | Spring 2007 | Tuition - Undergrad Evening | 2,088.00 | |
| 02/28/2007 | Spring 2007 | Adult/Eve/Vst Student Fee | 150.00 | |
| **Total Enrolled Credits: 4.0** | | **Total of Charges and Credits** | **2,238.00** | |

**Unapplied Financial Aid:** Any amount listed below as "Unapplied Financial Aid" represents estimated Financial Aid NOT yet CREDITED to this account. Any amounts listed are contingent upon their receipt and the fulfillment of all applicable Federal, State and Iona College requirements.

| Term | Award Descr | Amount |
|---|---|---|
| | **No Pending Financial Aid** | |

---

Return this portion with your payment.

Please send all **Credit Card** payments to:
Iona College, SFS Office
715 North Avenue
New Rochelle, NY 10801

\* FOR ALL OTHER PAYMENTS, USE THE ENCLOSED ENVELOPE \*

| | |
|---|---|
| **Account Number** | 0274400 |
| **Amount Due** | **16,744.00** |
| **Amount Paid** | _____ |

We accept VISA, MasterCard, Discover & AMEX

**Araz Alali**
**703 Pelham Rd Unit 514**
**New Rochelle, NY 10805**