# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407
Tel: (914) 323-7000   Fax: (914) 323-7001

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

www.wilsonelser.com

Peter A. Meisels, Partner
Peter.Meisels@wilsonelser.com

November 29, 2007

By Fax: (914) 390-4085

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601
Attn: Mrs. Alice Cama

Re: Araz Alali v. Robert Gazzola, individually, Patrick J. Carroll, individually, and the City of New Rochelle, New York
Index No.: 07 Civ. 1296 (CLB)
Our File No.: 07367.00056

Araz Alali v. Alberto DeBara, individually, Kye Wilson, individually, Edward Austin, individually, George Marshall, individually, Humberto Morrell, individually, Matthew Brady, individually, Anthony Muprhy, individually, Robert Gazzola, individually, Patrick J. Carroll, individually, and the City of New Rochelle, New York
Index No.: 07 Civ. 2916
Our File No.: 07367.00059

Dear Judge Brieant:

These two related matters appear on your calendar for conferences tomorrow. In reference to the first (07 Civ. 1296) there is a pending summary judgment motion which will be fully submitted on December 4, 2007 and argued on

Hon. Charles L. Brieant, U.S.D.J.
November 29, 2007
Page 2

December 7, 2007. Under the circumstances, all counsel request that both conferences be adjourned from tomorrow to December 7, 2007.

Respectfully yours,

Peter A. Meisels

PAM:kt
cc:   Jonathan Lovett, Esq. (via facsimile)