# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407
Tel: (914) 323-7000    Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates:  Berlin • Cologne • Frankfurt • Munich • Paris*

—

**www.wilsonelser.com**

**Peter A. Meisels, Partner**
Peter.Meisels@wilsonelser.com

January 29, 2008

**Via Facsimile and Regular Mail
(914) 390-4085**



Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    Araz Alali v. Alberto DeBara, individually, Kyle Wilson, individually,
       Edward Austin, individually, George Marshall, individually,
       Humberto Morrell, individually, Matthew Brady, individually,
       Anthony Murphy, individually, Robert Gazzola, individually, Patrick
       J. Carroll, individually, and the City of New Rochelle, New York
       Index No.:  07 Civ. 2916
       Our File No.: 07367.00059

Dear Judge Brieant:

We represent the defendants in this federal civil rights action.  Pursuant
to your scheduling order, we noticed the plaintiff's deposition relating to
the defense of qualified immunity for January 4, 2008.  Due to
circumstances beyond his control, Mr. Lovett, plaintiff's counsel was
unavailable.  By agreement, we have selected March 6, 2008 and request
your permission to proceed on that date.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Peter A. Meisels
PAM:kt
cc:    Jonathan Lovett, Esq. (via fax and regular mail)

1871518.1