# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com



April 22, 2008

*Application granted.
So Ordered
4-24-08   Charles L. Brieant*

**By First Class Mail**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   Araz Alali v. Alberto DeBara, individually, Kyle Wilson, individually, Edward Austin, individually, George Marshall, individually, Humberto Morrell, individually, Matthew Brady, individually, Anthony Murphy, individually, Robert Gazzola, individually, Patrick J. Carroll, individually, and the City of New Rochelle, New York
Docket No.: 07 Civ. 2916
Our File No.: 07367.00059

Dear Judge Brieant:

We represent the defendants in the referenced action. The deposition of plaintiff taken pursuant to your qualified immunity rules was concluded on April 4, 2008, which makes defendants' qualified immunity motion due on Monday, May 5, 2008.

We are writing to request an extension of the deadline for filing the qualified immunity motion from May 5 until May 30, 2008. We have conferred with the plaintiff's counsel, Mr. Lovett, who graciously indicated that he would not oppose this request.

Respectfully submitted.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

Cc: Jonathan Lovett, Esq.

1963199.1