WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn:  Peter A. Meisels (PM-5018)
       Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X    07 Civ. 2916 (CLB)
ARAZ ALALI,                                                        :

                Plaintiff,                                    :

   -against-                                                      :

ALBERTO DeBARA, individually, KYLE WILSON,          :    **NOTICE OF MOTION FOR**
individually, EDWARD AUSTIN, individually,               **SUMMARY JUDGMENT**
GEORGE MARSHALL, individually, HUMBERTO             :
MORRELL, individually, MATTHEW BRADY,
individually, ANTHONY MUPRHY, individually,         :
ROBERT GAZZOLA, individually, PATRICK J.
CARROLL, individually, and the CITY OF NEW          :
ROCHELLE, New York,
                                                    :
                Defendants.
------------------------------------------------------------------ X

    PLEASE TAKE NOTICE that upon the annexed statement of undisputed facts submitted pursuant to Local Rule 56.1 dated May 29, 2008; the annexed declaration of Lalit K. Loomba, Esq., dated May 29, 2008, and the exhibits thereto; the annexed affidavit of Det. Lt. James Fortunato, sworn to July 30, 2007; the annexed affidavit of Det. Lt. Gary Robinson, sworn to May 27, 2008; the accompanying memorandum of law dated May 29, 2008, and all the prior proceedings herein, defendants Alberto DeBara, Kyle Wilson, Edward Austin, George Marshall, Humberto Morrell, Matthew Brady, Anthony Murphy, Robert Gazzola, Patrick J. Carroll (the "Individual Defendants") and the City of New Rochelle (the "City") (collectively, the

1951082.1

"Defendants"), will move this Court, before the Hon. Charles L. Brieant, on July 18, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to the defendants, and for such other, different and further relief as the Court in its discretion may deem just and proper.

Dated: White Plains, New York
       May 29, 2008

                Respectfully submitted,

                WILSON, ELSER, MOSKOWITZ,
                EDELMAN & DICKER LLP
                Attorneys for Defendants

                By: Lalit K. Loomba (LL-9755)

                3 Gannett Drive
                White Plains, NY 10604
                (914) 323-7000
                File No. 07367.00059

TO:    LOVETT & GOULD, LLP
       Attorneys for Plaintiff
       222 Bloomingdale Road
       White Plains, NY 10605
       Attn: Jonathan Lovett, Esq.

1951082.1