UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------X
Araz Alali,

                Appellant,

ROBERT GAZZOLA, individually,
PATRICK CARROLL, individually and
THE CITY OF NEW ROCHELLE,

                Appellees.

-----------------------------------------------------------X

Docket No. 08-1015-ag

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs, without attorneys' fees and without prejudice, subject to reactivation of the appeal by appellant's counsel by written notice to the Clerk of this Court on or before October 11, 2008.

If not thus timely reactivated, the appeal shall be subject to dismissal.

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under F.R.A.P. 42(b).

Dated: White Plains, New York
       April 11, 2008

LOVETT & GOULD, LLP

By: _____
Drita Nicaj
Attorneys for Appellant
222 Bloomingdale Road
White Plains, NY 10605
914-428-8401

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

By: _____
Peter Meisels
Attorneys for Appellees
3 Gannett Drive
White Plains, NY 10604
914-323-7000