Office of the Police Commissioner  
475 North Avenue  
New Rochelle, NY 10801  

(914) 654-2228

Patrick J. Carroll  
*Commissioner*



# City of New Rochelle
## New York

February 1, 2002

Mr. Araz Alali  
828 Pelhamdale Avenue, #1  
New Rochelle, New York  10801

Dear Mr. Alali:

    I wish to inform you that your effective date of employment with the New Rochelle Police Department is Sunday, February 10, 2002.

    You are to report to Lieutenant Cosmo Costa at 9:00 AM on Wednesday, February 6, 2002, to be sworn in, measured for uniforms, etc. Please bring a copy of your Certificate of Completion of the New York City Police Academy course with you.

    Once again, I wish to take this opportunity to congratulate you and welcome you to the Department.

Sincerely,

Patrick J. Carroll  
Police Commissioner

/ays


DEFENDANT'S EXHIBIT KK