## Command Discipline Report
### New Rochelle Police Department

| Officer's Name | Rank | Employee Number | Assignment |
|---|---|---|---|
| Araz Alali | Police Officer | 9551 | PSD/ 3rd Tour |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a hearing officer.

**Summary of Investigation and Disposition of Complaint:**

On 1 Aug 02 at 1724hrs. P.O. Araz Alali was operating RC #2 on Drake Ave. responding, code 3, to a call for service. P.O. Alali entered Nautilus Pl., traveling the wrong way on the one way street in order to make a u-turn and while doing so became involved in an M.V.A. with another vehicle.

By his actions, P.O. Alali violated section 8.2 of this Departments Rules & Regulations.

| Finding | Disciplinary Action Recommended |
|---|---|
| Sustained | Letter of Reprimand |

**Signature of Division Commander**    **Date**

Cpt [signature]    CPT ROBERT GAZZOLA    20 Sep 02

**To Be Completed By Officer Charged:**

I understand that I do not have to accept the findings and the disciplinary action recommended by my commanding officer. My right to a statutory hearing before a hearing officer has been explained to me and I hereby voluntarily:

( ✓ ) Accept the finding and the proposed disciplinary action.

(   ) Decline to accept any disciplinary action without a statutory hearing.

P.O. [signature]    20 SEPT 02

**Officer's Signature**    **Date**    **Witnessed by:** Cpt [signature]

CO 1A



City Of New Rochelle
New York

Interdepartmental communication

To: P.O. Araz Alali

From: Captain Robert Gazzola   Capt [signature]

Subject: Letter of Reprimand

Date: 20 Sept. 02


This letter of Reprimand is issued in connection with Command Discipline Number 56/02, which was served upon you on _20 Sep 02_ and accepted by you on _20 Sep 02_.

You are hereby formally reprimanded for the conduct stated in the above referenced Command Discipline. Failing to operate a department vehicle in a careful and prudent manner and in a manner as to avoid injuries to persons and damage to property interferes with the efficient and orderly operation of the Police Department and demonstrates a lack of professionalism.

You are hereby advised that any further misconduct on your part including, but not limited to, the conduct described above, will result in the imposition of discipline as provided for in Chapter 6 of the New Rochelle Police Departments Manual of Procedure, and may lead to your discharge from employment.


cc: P.O. Joseph Poggioli, P.B.A. President
    Disciplinary file