**New Rochelle Police Department**
**Rules and Regulations**

| | | | | |
|---|---|---|---|---|
| Chapter: | Eight | | Date Effective: | 01 Jan 97 |
| Subject: | **Use of Department Vehicles** | Page 1 of 2 | Date Revised: | 10 Jan 02 |

8.1. Members of the Department will be held responsible for the proper maintenance of assigned department vehicles. (Proper maintenance includes, but is not limited to, checking the vehicle's oil level at the start of each tour of duty or at any time when a member accepts assignment of another vehicle.) Vehicles will be kept clean and free from damage. Equipment assigned to the vehicle will be kept clean and in working condition.

8.2. Members of the Department will operate department vehicles in a careful and prudent manner in accordance with all Vehicle and Traffic laws and department procedures. Members of the Department will, at all times, give the highest priority to the safety and welfare of the general public when operating a department vehicle and will operate all vehicles in such a manner as to avoid injuries to persons or damage to property.

8.3. The use of a department vehicle as an emergency vehicle is only permitted in situations where the operator of the vehicle is responding to an actual emergency.

8.4. A member of the Department will inspect a vehicle and its equipment for damage prior to taking custody of the vehicle. If any unreported damage to the vehicle is discovered or equipment is found missing, the member will immediately advise his supervisor. The vehicle will not be put into use until the supervisor has inspected the vehicle and initiated an investigation to ascertain the origin of the damage or the location of the missing property.

8.5. Supervisory personnel assigned to investigate accidents involving department vehicles, incidents involving unreported damage to department vehicles or incidents involving equipment missing from vehicles will submit their findings and recommendations in a PD 37 to their Division Commander. This report will be completed prior to the conclusion of the supervisor's tour of duty.

8.6. A member of the Department will, upon discovering any mechanical defect or problem with a department vehicle, file a D.P.W. 9 and advise his immediate supervisor of the vehicle's condition and need for repair.

8.7. No member of the Department will utilize any vehicle other than a department vehicle in the performance of an official duty assignment. (Exceptions to this rule are court appearances, schools, seminars, Special Detail assignments, and any other situation specified by the Police Commissioner or his designee. All exceptions must have prior approval.)

8.8. Members of the Department are prohibited from leaving the City of New Rochelle in police vehicles unless on official business. Members will notify the Desk Officer or police dispatcher when leaving the city and upon returning to the city. This information will be entered in the PD 29.

8.9. Members of the Department will not double park department vehicles unless doing so is incidental to the performance of official police duty and no other reasonable alternative exists.

8.10. Department vehicles will not be used to push, tow, or jump-start other vehicles except in extreme emergency situations.