## Command Discipline Report
### New Rochelle Police Department

| Officer's Name | Rank | Employee Number | Assignment |
|---|---|---|---|
| Araz Alali | Police Officer | 9551 | PSD/ 1st tour |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a hearing officer.

**Summary of Investigation and Disposition of Complaint:**

On 29 Oct 02 at 0130hrs, P.O. Araz Alali was detailed to Pelham Rd. & Pelhamdale Ave. to provide an escort for a large piece of equipment being transported by Con Edison. At 0205hrs P.O. Alali contact CSO Schena in the radio room and advised that Con Edison had not appeared as yet. Sgt. Giannotti advised Alali, through Schena, to remain at the location until 0230hrs. At 0215hrs. Sgt. Giannotti observed Alali entering the front door at the Mirage Diner at 690 North Ave.. An investigation by Sgt. Giannotti revealed that Alali had not requested, nor had he been granted, permission to leave his assigned post at Pelham Rd. & Pelhamdale Ave..

By his actions P.O. Alali violated section 1.5 of this Department's Rules & Regulations.

| Finding | Disciplinary Action Recommended |
|---|---|
| Sustained | Letter of Reprimand |

**Signature of Division Commander:** Capt. Robert Gazzola
**Date:** 26 Dec 2002

**To Be Completed By Officer Charged:**

I understand that I do not have to accept the findings and the disciplinary action recommended by my commanding officer. My right to a statutory hearing before a hearing officer has been explained to me and I hereby voluntarily:

(✓) **Accept** the finding and the proposed disciplinary action.

(  ) **Decline** to accept any disciplinary action without a statutory hearing.

**Officer's Signature:** [signed] CO 1/A
**Date:** 26 DEC 02
**Witnessed by:** [signed]


DEFENDANT'S EXHIBIT A