**New Rochelle Police Department**
**Rules and Regulations**

| | | | |
|---|---|---|---|
| Chapter: | One | Date Effective: | 01 Jan 97 |
| Subject: | **Performance Standards & Related Conduct**   Page 1 of 6 | Date Revised: | 22 Mar 02 |

1.1. All members of the Department will adhere to all established departmental policies and procedures.

1.2. Members of the Department will perform their assigned duties in a competent manner. Members are accountable for their actions and cannot avoid the responsibilities of their positions. Included within incompetent performance but not limited are the following:

   a) Unwillingness to perform assigned tasks
   b) Failure to conform to work standards established for the member's rank or position
   c) Failure to take appropriate action at an incident needing police attention
   d) Failure to prepare legible and coherent reports
   e) Evaluations showing substandard performance

1.3. Members of the Department will not engage in any activity or personal business that would cause them to neglect or be inattentive to their duties.

1.4. Members of the Department assigned to duty outside of headquarters will not engage in conversations with other members of the Department for any other purpose than the exchange of information relative to the business of the Department. All such conversations will be as brief as possible.

1.5. Members of the Department assigned to motorized patrol, foot patrol, or a fixed post will not leave their designated area of patrol for any reason other than police necessity, personal necessity or meal period. Prior to leaving an assignment for personal necessity or meal period supervisory approval will be obtained and a memo book entry made. Meal periods are assigned on the work sheet and officers are allowed 30 minutes for meal. During times of heavy activity, meal periods may be readjusted or canceled on the authority of the Tour commander.

1.6. Members of the Department will not walk foot patrol posts together unless authorized by competent authority. Motorized patrols will not congregate unless authorized by competent authority or in furtherance of authorized police activities.

1.7. Members of the Department will aggressively patrol the area of their assigned responsibility and will note, report and investigate all unusual events and conditions. Failure to detect unusual events and conditions will be deemed neglect of duty.

1.8. Members of the Department will promptly respond to all assigned calls for service.

1.9. Members of the Department are responsible for properly and promptly answering the radio.

1.10. The standard ten (10) codes will be used in dispatch procedures.

1.11. Members of the Department will not make unnecessary or improper radio transmissions. Members will always identify themselves when transmitting over the radio.

1.12. All calls for service will receive a CAD entry.