Command Discipline Report
New Rochelle Police Department

| Officer's Name | Rank | Employee Number | Assignment |
|---|---|---|---|
| Araz Alali | Police Officer | 9551 | PSD/2nd tour |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a hearing officer.

Summary of Investigation and Disposition of Complaint:

On 23 Dec 02, at 0750hrs., Sgt. Giannotti saw P.O. Alali leaving Headquarters to begin his tour of duty without his uniform hat. When questioned by Sgt. Giannotti, P.O. Alali stated his hat was in the locker room. At 0805hrs. Headquarters attempted to raise P.O. Alali on the radio eight times without a response. Sgt. Giannotti located P.O. Alali exiting the Mirage Diner with a package. When questioned, P.O. Alali stated he did not hear Headquarters calling him. Sgt. Giannotti checked P.O. Alai's portable radio and found it to be in proper working order. Sgt. Giannotti then requested P.O. Alali produce his uniform hat. P.O. Alali did not have his hat on his person or in his vehicle.

By his actions, P.O. Alali violated sections 1.9 & 9.11 of this Department's Rules & Regulations

| Finding | Disciplinary Action Recommended |
|---|---|
| Sustained | Loss of one (1) Leave Day |
| Signature of Division Commander | Date |
| CAPT ROBERT GAZZOLA | 13 JAN 2003 |

To Be Completed By Officer Charged:

I understand that I do not have to accept the findings and the disciplinary action recommended by my commanding officer. My right to a statutory hearing before a hearing officer has been explained to me and I hereby voluntarily:

( ✓ ) **Accept** the finding and the proposed disciplinary action.

( ) **Decline** to accept any disciplinary action without a statutory hearing.

| Officer's Signature | Date | Witnessed by: |
|---|---|---|
| PO | 13 JAN 03 | |
| CO 1A | | |

