Command Discipline Report
New Rochelle Police Department

| Officer's Name | Rank | Employee Number | Assignment |
|---|---|---|---|
| Araz Alali | Police Officer | 9551 | PSD/2nd tour |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a hearing officer.

Summary of Investigation and Disposition of Complaint:

On January 19, 2005 at 1310 hrs, P.O. Araz Alali violated Chapter 2, Article 2.03, Section 3.5 of this Department's Manual of Procedure by being discourteous and unprofessional to a motorist during a traffic stop.

| Finding | Disciplinary Action Recommended |
|---|---|
| Sustained | Letter of Reprimand |
| Signature of Division Commander | Date |
| CPT. ROBERT GAZZOLA | 3/10/05 |

To Be Completed By Officer Charged:

I understand that I do not have to accept the findings and the disciplinary action recommended by my commanding officer. My right to a statutory hearing before a hearing officer has been explained to me and I hereby voluntarily:

( ✓ ) Accept the finding and the proposed disciplinary action.

( ) Decline to accept any disciplinary action without a statutory hearing.

Officer's Signature    Date 03/10/05    Witnessed by:

CO 1A



Case 7:07-cv-02916-CS    Document 35-21    Filed 05/30/2008    Page 2 of 3

City Of New Rochelle
New York

Interdepartmental communication

To: Police Officer Araz Alali

From: Captain Robert Gazzola

Subject: Letter of Reprimand

Date: 11 Feb 05

This letter of Reprimand is issued in connection with Command Discipline Number 6/05, which was served upon you on 3/10/05 and accepted by you on 3/10/05.

You are hereby formally reprimanded for the conduct stated in the above referenced Command Discipline. Failing to conduct yourself in a courteous and professional manner during a traffic stop interferes with the efficient and orderly operation of the Police Department.

You are hereby advised that any further misconduct on your part including, but not limited to, the conduct described above, will result in the imposition of discipline as provided for in Chapter 6 of the New Rochelle Police Departments Manual of Procedure and Article 75 of the New York State Civil Service Law.

cc:  Police Officer Edward Hayes, P.B.A. President
     Disciplinary file

*COPY*

City Of New Rochelle
New York

Interdepartmental communication

To: Police Officer Araz Alali

From: Captain Robert Gazzola

Subject: Proposed Disciplinary Action

Date: 15 Feb 05

1) Attached hereto please find a copy of charges against you alleging misconduct on your part.

2) A penalty of a Letter of Reprimand is proposed.

3) You have eight (8) days in which to answer this communication. Such answer shall be on the form attached or in similar form and must be in my office no later than __MARCH 11, 2005__

Should you fail to respond, such failure shall be construed as not contesting the proposed disciplinary action and accepting the proposed penalty therefore without a hearing.

4) You have the right to be represented by Counsel and / or other representative of your choosing.