**Command Discipline Report**
**New Rochelle Police Department**

| Officer's Name | Rank | Employee Number | Assignment |
|---|---|---|---|
| Araz Alali | Police Officer | 9551 | PSD/ 2nd tour |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a hearing officer.

**Summary of Investigation and Disposition of Complaint:**

On April 14, 2005 P.O. Araz Alali was assigned to sector 4 in car #4. At approximately 0820 hrs Sgt. George Rosenbergen observed radio car #4, in sector one, parked directly in front of a "No Parking Anytime" sign at 96 Main Street, Dunkin Donuts. P.O. Alali has been advised by second tour supervisors, at least twice in the past three months, not to park his radio car illegally unless on an emergency call as this reflects poorly on the officer as well as the Department. P.O. Alali was not at this location on an emergency call for service.

By his actions P.O. Alali violated sections 1.5 & 2.3 of this Department's Rules & Regulations.

| Finding | Disciplinary Action Recommended |
|---|---|
| Sustained | Loss of Two (2) Leave Days |

Signature of Division Commander                Date 6/29/05

**To Be Completed By Officer Charged:**

I understand that I do not have to accept the findings and the disciplinary action recommended by my commanding officer. My right to a statutory hearing before a hearing officer has been explained to me and I hereby voluntarily:

( ✓ ) Accept the finding and the proposed disciplinary action.

( ) Decline to accept any disciplinary action without a statutory hearing.

Officer's Signature    Date 06/29/05    Witnessed by: CAPT. ROBERT GAZZOLA

CO 1A

