**New Rochelle Police Department**
**Rules and Regulations**

| | | | |
|---|---|---|---|
| Chapter: | Two | Date Effective: | 01 Jan 97 |
| Subject: | **Personal and Professional Conduct**    Page 1 of 5 | Date Revised: | 01 Jun 02 |

2.1.  Members of the Department shall conduct themselves at all times, both on and off duty, in such a manner as to reflect most favorably on the Department. Conduct unbecoming an officer shall include that which brings the Department into disrepute or reflects discredit upon the officer as a member of the Department or that which impairs the operation or efficiency of the Department or officer.

2.2.  Members of the Department shall maintain a level of moral conduct in their personal and business affairs, which is in keeping with the highest standards of the law enforcement profession. Officers shall not participate in any conduct involving moral turpitude that impairs their ability to perform as law enforcement officers or causes the Department to be brought into disrepute.

2.3.  Members of the Department shall obey all laws of the United States, the State of New York and the City of New Rochelle. A violation of any law will be considered a departmental disciplinary offense as well as an illegal act subjecting the violator to criminal penalties.

2.4.  All members of the Department shall be courteous and tactful in the performance of their duties and shall demonstrate patience and discretion when dealing with the public.

2.5.  In the performance of their duty, members of the Department shall not engage in any type of activity which expresses prejudice concerning race, sex, religion, politics, national origin, lifestyle or similar personal characteristics.

2.6.  No member of the Department shall harass any other member of the Department or any member of the public. Sexual harassment in the workplace is illegal, and all employees are forbidden from engaging in such activity. No member of the Department shall make any unwarranted sexual advances toward any other member of the Department or member of the public. Sexual advances in the workplace can be defined as any physical, verbal or non-verbal behavior (gestures, displaying pornographic objects, pictures etc.,) that has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment. Supervisory officers shall not use their official authority to make sexual advances toward subordinate personnel.

2.7.  Supervisory personnel will take proper disciplinary action when and where it is evident that members of the Department, under their command, are engaging in conduct characterized as discourteous, prejudicial, or harassing. In all instances, notification to the appropriate Division Commander will be made.

2.8.  Conduct detrimental to the good order, efficiency or discipline of the Department, though not specifically provided for in these Rules and Regulations, shall be prohibited. Members found guilty thereof shall be punished in a manner deemed appropriate by the Police Commissioner.

2.9.  Sworn members of the Department shall be fit for and subject to duty at all times except when on sick report.

2.10.  No member of the Department shall use or possess marijuana or illegal drugs.