# Command Discipline Report
## New Rochelle Police Department

| Officer's Name | Rank | Employee Number | Assignment |
|---|---|---|---|
| Araz Alali | Police Officer | 9551 | PSD / 2nd tour |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a hearing officer.

## Summary of Investigation and Disposition of Complaint:

On June 15, 2006 at approximately 1220 hrs P.O. Alali responded to Pintard Ave from Pershing Square to assist other officers who had requested assistance making an arrest. While responding to Main Street and Pintard Avenue P.O. Alali proceeded through the red light at the intersection of Huguenot Street & Division Street at what appeared to be a high rate of speed without first slowing down. P.O. Alali than drove up onto the sidewalk IFO 330 Huguenot Street, which is at the intersection of Huguenot Street & Centre Avenue. It appeared that P.O. Alali could have gotten through the intersection without driving on the sidewalk. P.O. Alali's unsafe driving was compounded by the fact that he and the other responding units were advised twice by the officers on the scene that the incident was under control and the road supervisor advised that anyone not on the scene should disregard and resume patrol. All these transmissions were made before P.O. Alali reached the intersection of Huguenot Street & Division Street but P.O. Alali disregarded them and proceeded anyway.

By his actions P.O. Alali violated section 8.2 of this Department's Rules & Regulations.

| Finding | Disciplinary Action Recommended |
|---|---|
| Sustained | Loss of one (1) leave day |

Signature of Division Commander

Date 8/29/06

## To Be Completed By Officer Charged:

I understand that I do not have to accept the findings and the disciplinary action recommended by my commanding officer. My right to a statutory hearing before a hearing officer has been explained to me and I hereby voluntarily:

( ) **Accept** the finding and the proposed disciplinary action.

(✓) **Decline** to accept any disciplinary action without a statutory hearing.

Officer's Signature

Date 08/29/06

Witnessed by: CNT- GAZZOLA

CO 1A



DEFENDANT'S EXHIBIT G-G

City Of New Rochelle
New York

Interdepartmental communication

To: Police Officer Araz Alali

From: Captain Robert Gazzola

Subject: Proposed Disciplinary Action

Date: 8 Aug 06

1) Attached hereto please find a copy of charges against you alleging misconduct on your part.

2) A penalty of a Loss of one (1) leave day is proposed.

3) You have eight (8) days in which to answer this communication. Such answer shall be on the form attached or in similar form and must be in my office no later than _Aug. 29, 2009_ EXTENDED DUE TO VACATION (RG)

Should you fail to respond, such failure shall be construed as not contesting the proposed disciplinary action and accepting the proposed penalty therefore without a hearing.

4) You have the right to be represented by Counsel and / or other representative of your choosing.