# EXHIBIT Z

**This Exhibit is a DVD disk (with audio and video)**

**that plays on Windows Media Player**

**The original disk was supplied to the Court in the prior summary judgment motion in *Alali I*. A copy of The disk has been supplied to the Court and to Plaintiff's counsel in connection with the instant motion**

1623148.1