New Rochelle Police Department
Manual of Procedure

| | | |
|---|---|---|
| Subject: **In-Car Video Cameras** | | |
| Chapter: Two | | Date Effective:   01 Sep 01 |
| Article:   2.11 | Page 1 of 2 | Date Revised: |

**POLICY:** The In-Car Video Systems have proven to be a valuable asset in gathering recorded evidence for the prosecution of criminal and traffic offenses. The In-Car Video equipment shall be used for furthering officer safety, training, assessment of officer performance, and defense of complaints against personnel.

The videotapes identified in this policy are property of the New Rochelle Police Department. Any release, copying, or dissemination of any portion is strictly prohibited without the express written consent of the Commissioner of Police or his designee.

**PROCEDURE:**

1. General Operating Procedures:

    1.1 The video equipment is the responsibility of the officer assigned to the vehicle, and shall be operated in accordance with the manufacturer's recommendations.

    - At the beginning of a tour, the officer shall speak into the mike and identify himself by stating his name, ID number, vehicle number, time and date.

    - Officers shall not erase or alter the tapes in any manner. Erasing of the tapes will be done at the direction of the Division Commander.

    - Officers shall use only videotapes approved by the Department.

    - In the event of equipment failure or defect, the officer shall document same in his memo book and advise his supervisor.

    1.2 Equipment shall be checked for proper operation at the beginning of each tour. The officer shall ensure that:

    - The video recorder is positioned and adjusted to record events.

    - The video is not deactivated until the enforcement action is completed.

    - The microphone is activated in order to provide the audio recording associated with the video images.

    1.3 To record all Motor Vehicle stops:

    - <u>Routine Traffic Violations:</u> recording shall commence from the point of activating the police vehicle's emergency lights, and continue during the entire stop, concluding as the violator drives away.

    - <u>Suspected DWI:</u> recording shall commence from the point where the officer first suspects erratic driving, and concluding when the suspect is removed from the patrol vehicle in the Sally Port. When safety permits, the field sobriety tests administered by the officer shall be included in the recording.

    - <u>Accident Scene:</u> at the direction of a supervisor, where the recording of a scene will assist in the investigation.

**New Rochelle Police Department**
**Manual of Procedure**

Subject: **In-Car Video Cameras**
Chapter: Two
Article: 2.11                     Page 2 of 2

Date Effective:  01 Sep 01
Date Revised:

   1.4 Non-traffic situation:

- Where the use of the recording device will aid in the documentation of an incident

- In the transportation of a member of the opposite sex or a juvenile, the camera shall remain on until the subject is removed from the vehicle.

- In the transportation of unruly, disorderly subjects, the camera shall remain on until the subject is removed from the vehicle.

2   Tape Management:

   2.1 Videotapes containing information that may have evidentiary value shall be entered in the Evidence and Property System outlined in Article 9.03 of the Manual of Procedure.

   2.2 When tapes need to be replaced or removed from the recorder, a supervisor shall remove the tapes.

   2.3 Videotapes removed from vehicles will be marked with the vehicle number, and time and date of removal.

   2.4 Videotapes removed and not held as evidence, will be given to the Property Room Clerk for storage. The tapes will be maintained in the Property Room for not less than 30 days.

   2.5 After 30 days, the tapes may be reused, after being completely erased by a designated, qualified person.

3   Supervisory Responsibilities

   3.1 Supervisors whose subordinates are operating the in-car systems shall ensure that the officers follow established procedures for the use and maintenance of the video equipment.

   3.2 The tapes will be randomly reviewed on a bi-monthly basis to assist in a periodic assessment of officer performance, and to determine whether the video equipment is being properly utilized. This will also help to identify material that may be appropriate for training.