# New Rochelle Police Department

## Employee Performance Appraisal

Name: Araz Alali         Rank: Police Officer         Employee Number: 9551

Current Assignment: Patrol 2nd Tour

Rating Period: From Nov 26, 2004          To Dec. 31, 2004

Days Absent in Rating Period:   Sick _5_      Injured _172_   Vacation _0_

Productivity:

| | | | | | |
|---|---|---|---|---|---|
| **Summonses** | UTT | 136 | PVS | 185 | City Code 36 |
| **Arrests** | Felony | 2 | Misdemeanor | 6 | Other 8 |
| **Calls for Service** | Incident Reports | 153 | Accident Report | 7 | |

**Narrative:**

    Police Officer Araz Alali has been employed by this department since 2002 after transferring from the NYPD. He was assigned to the 1st tour for most of the year and was reassigned to the 2nd tour on November 26. After arriving on the 2nd tour Officer Alali spent a week working in communications before going on the road.

    During the brief period of time that I had to personally observe Officer Alali, he had a generally acceptable attitude towards the department and his job. However, at times he would show some displeasure when receiving an undesirable assignment, such as a prisoner transports or foot post detail. Officer Alali seems to had good job knowledge and he handles his details in an efficient and timely manner and didn't need additional supervision to complete details. He writes clear and concise reports and his notebook is up to date and detailed. Officer Alali displays an exemplary appearance. His uniform is always neat and properly maintained. Officer Alali has great initiative and is clearly one of the most productive members of the department. His City Code and V&T totals would be outstanding full year totals, but considering he missed 172 work days due to and on duty injury makes them dramatic.

    Officer Alali is very aggressive, sometimes overly aggressive and this aggressiveness leads to many of his problems. Officer Alali has to be reminded that he needs to advise Central when he does a vehicle stop and give his location even if he has a computer in his vehicle. Officer Alali also seems to have problems orally communicating with the public. The manifestation of this shortcoming is 3 civilian complaints for discourtesy for the year. This communication problem is one that Officer Alali needs to address in the upcoming year. Officer Alali appears to have good investigative skills, judging by his arrest totals. Officer Alali's aggressiveness should be encouraged but improvement in his demeanor and ability to communicate with the public also must also be stressed in the next rating period. Officer Alali was not on the sick abusive list and did not receive any negative discipline during the rating period.

    Officer Alali meets standards for the rating period

Below Standard___   Meets Standard _X_   Above Standard___   (use other side if necessary)

_____  22 JAN 05   _____  22 JAN 05
Employee's Signature     Date        Evaluator's Signature     Date

_____  1/22/05     _____  2/1/05
Tour/Unit Commander      Date        Division Commander        Date

_____  _____    _____  _____
Deputy Police Commissioner  Date     Police Commissioner       Date

PD 118
typewritten                                              Form must be