COPY

# New Rochelle Police Department

## Employee Performance Appraisal

Name: __Araz Alali__    Rank: __Police Officer__    Employee Number: 9551

Current Assignment: __PSD 2nd Tour__

Rating Period:    From __January 1, 2006__    To __May 31, 2006__

Days Absent in Rating Period:    Sick  5.5    Injured  0    Vacation  0

Productivity:

Summonses    UTT __142__    PVS __123__    City Code __16__

Arrests    Felony __4__    Misdemeanor __27__    Other __2__

Calls for Service    Incident Reports __219__    Accident Report  13

Narrative:

    Police Officer Alali has been employed by the New Rochelle Police Department since February 2002. He has been assigned to the second tour since November 2004. Officer Alali is currently assigned to work northern sectors of the city.

    During the last rating period Officer Alali received a below standard evaluation from Sgt. Austin which necessitated this interim evaluation.
    The primary issues that Officer Alali struggles with are his inability to understand, or his unwillingness to adhere to, department policies, and his lack of communication skills necessary to deal with the citizens of New Rochelle. To a lesser extent, Officer Alali also has problems with report writing and lack of discretion. These issues have been discussed with Officer Alali and were outlined in a letter of counsel he received last year from Sgt. Austin.
    During the first five months of this year, Officer Alali has been assigned to work almost exclusively in sectors eight and nine. During this time, Officer Alali has had good enforcement statistics. He leads the tour in most categories and has improved on his city code enforcement, which was an area of deficiency last year. There is little doubt that Officer Alali focuses mainly on V&T enforcement when working and does a good job in that area. However, because of his single-minded focus on enforcement he is ignoring the other


DEFENDANT'S EXHIBIT

responsibilities of a sector officer. New Rochelle PD is a public service oriented Police Department and Officer Alali needs to improve his communication skills in order to leave a more positive impression with the citizens he comes into contact with.

Since Officer Alali works mostly sector 8 and 9 and subsequently I have rarely had the opportunity to directly observe him handle calls for service other than motor vehicle accidents and alarms. I did respond to one domestic dispute with Officer Alali and during the incident, he handled himself professionally and at no time was he discourteous. However, calls for service have not been a problem area for Officer Alali. His most troublesome area has been and continues to be, the number of complaints he accumulates. In 2005, Officer Alali received six civilian complaints. Thus far, in May 2006, Officer Alali has already received four complaints. Clearly, he is not improving from last year. The four complaints are as follows:

- 1 Excessive force (pending).
- 2 Discourtesy (unsubstantiated).
- 3 Miscellaneous complaint about Officer Alalis' driving habits (counseled).
- 4 Abuse of authority.

The last complaint is still pending the outcome of the internal affairs investigation.

A major problem with the complaints that Officer Alali has received is that the complainants in two of the incidents state that their contact with Officer Alali has diminished their opinion of the New Rochelle Police Department as a whole. Officer Alali needs to understand that any contact with the public that ends in a civilian complaint whether substantiated or not is a negative for the entire Department. It seems that when his authority is challenged, particularly during car stops, instead of just issuing the summons and leaving, which at least, would not escalate the confrontation, he contributes to the agitation of the motorist by issuing a seemingly punitive number of summonses. These actions lead to civilian complaints.

Another issue outlined by Sgt. Austin is a lack of discretion on the part of Officer Alali. Officer Alali has made several good arrests over the last few months, including a gun arrest and several drug arrests. However, he seems to be unable to weigh the value of an arrest for minor infractions with the value of officer safety and considerations of available manpower.

In the last rating period, Officer Alali seemed to have trouble following the rules and regulations of the department. This rating period there have been no documented occurrences of rule violations on the part of

Officer Alali. This is an area that he has improved upon over last year.

Officer Alalis' report writing was also a problem area last year. Early this year Officer Alali conducted an excellent investigation that resulted in the arrest of several suspects who were charged with various serious penal law violations, including Burglary. Unfortunately the reports and statements that he submitted were badly flawed because they included sexually explicit statements by a suspect that were unnecessary in the context of the crimes committed for the reports and statements. The unnecessary inclusion of those statements into the reports overshadowed what was an outstanding investigation conducted by Officer Alali. Nevertheless, since that incident his report writing has improved. He now seems to understand how much detail needs to be documented for a given incident.

Officer Alali has used 5.5 sick days to date which is more than he used all of last year, but the days were used in only two incidents.

Officer Alali was used for two weeks in the Communications Unit as a dispatcher and adapted very well to the task. He also trained with PO Labarbera on the duties of the Court officer. Officer Alali did perform these tasks but not without voicing some displeasure.

Officer Alali has good street patrol level investigative skills and has made many high-quality car stop based arrests.

Because of his initiative, productivity, and investigative skills, I believe that Officer Alali would be above standards if he could improve in the areas of discretion and communication skills. Officer Alali is deficient in those areas, and it seems the combination of a lack of communication skills and the lack of discretion results in civilian complaints.

I believe that Officer Alali can improve in those areas in the upcoming rating period. When Officer Alali improves in those areas, he will be a meets standard or an above standard officer. Until that time, Officer Alali will remain below standards.

I rate Officer Alali below standard for the rating period.

*I do not agree w/ the finding* ~AP~

_____ (use other side if necessary)
Below Standard __X__   Meets Standard ____   Above Standard ____

| _[signature]_ | 6/1/06 | _[signature]_ | 6/1/06 |
|---|---|---|---|
| Employee's Signature | Date | Evaluator's Signature | Date |
| _[signature]_ | 6/1/06 | _[signature]_ | 6/2/06 |
| Tour/Unit Commander | Date | Division Commander | Date |
|  |  |  |  |
| Deputy Police Commissioner | Date | Police Commissioner | Date |

PD 118
typewritten

Form must be