# New Rochelle Police Department

## Employee Performance Appraisal

Name: Araz Alali     Rank: Police Officer     Employee Number: 9551

Current Assignment: 2nd Tour PSD

Rating Period: From January 1, 2006     To December 31, 2006

Days Absent in Rating Period: Sick 13.5     Injured 0     Vacation 15

Productivity:

**Summonses**     UTT 383     PVS 976     City Code 42

**Arrests**     Felony 6     Misdemeanor 37     Other 2

**Calls for Service**     Incident Reports 290     Accident Report 14

**Narrative:**

Police Officer Araz Alali has been employed by the New Rochelle Police Department since 2002. In the last rating period of 2005 Officer Alali received a below standard evaluation. This necessitated close monitoring of his performance and frequent evaluations of his progress during the rating period.

For the first six months of the year, Officer Alali was primarily assigned to work sectors eight and nine. During that time his vehicle & traffic and parking enforcement statistics were excellent, though compiling impressive enforcement statistics has never been a problem for Officer Alali. He has been at or near the top of the department in most categories since his arrival in 2002. The problem with Officer Alali while working in the north end was the fact that he did not patrol all areas of his sector and paid little or no attention to quality of life issues affecting those areas. Instead, he chose to focus on main roads and parkway off-ramps. However, Officer Alali displayed good job knowledge and conducted some good investigations that led to quality arrests. One particular investigation led to the arrest of two people. One person was charged with criminal mischief and the other possession of stolen property.

In June, Officer Alali was reassigned to a traffic detail meant to alleviate the congestion that plagues North Avenue between Hamilton Avenue and Main Street. Officer Alali continued to display his ability to write summonses and I believe he was improving the problem of traffic congestion on his post. However, his lack of discretion and communication skills led to civilian complaints. For example, Officer Alali was frequently issuing parking summonses while the driver was in the car. At that time, Officer Alali was advised that he and the department would be better served if he occasionally moved an illegally parked car along instead of issuing a parking ticket on a car with the driver in it.

There were some discipline issues during the rating period with Officer Alali. He had difficulty staying within his assigned area. He was often reminded of this, but he continued to stray from his post. I recommended departmental discipline for Officer Alali leaving his post on two occasions. There was also an incident where Officer Alali showed questionable judgment by driving recklessly while responding to assist another Officer even after being advised to disregard. Departmental discipline was recommended for this incident as well. I recommended Officer Alali receive departmental discipline four times during the rating period and I was advised by Lt.

DEFENDANT'S EXHIBIT

During the rating period, Officer Alali received eight civilian complaints. Of the complaints filed, three were for abuse of authority. He was exonerated in one case and the other two are pending. Two complaints were for discourtesy. Both were unsubstantiated but he received counseling for one incident. He received two complaints for reckless driving. One complaint is pending charges and the other was unsubstantiated with Officer Alali receiving counseling. Officer Alali also received a complaint for excessive force. That complaint is pending.

In mid-September, Officer Alali was reassigned to the communications unit. Since his reassignment to the communications unit Officer Alali has had a good attitude and has performed very well in the unit as the dispatcher. There have not been any negative incidents since Officer Alali's reassignment. There has been an increase in Officer Alali's sick time this year and he received a warning letter regarding this.

Officer Alali continues to struggle with his communication skills and demeanor while dealing with the public. Officer Alali has a high number of negative contacts frequently resulting in civilian complaints. Civilian complaints and department discipline were negative issues last year and there has not been a discernible improvement over this rating period. If Officer Alali could improve upon his communication skills, demeanor, and an understanding of discretion, he could be an officer that meets standards. Until that time, he will remain a below standard Officer.

Police Officer Alali is below Standard for the rating period.

*[Handwritten note: I am signing to receipt of this evaluation ONLY. It [is] clearly rancorous, and vengeful. There are many fabrications and I will emphatically rebut them in a letter within the next 5 days.]*

Below Standard X _____ Meets Standard _____ Above Standard _____
(use other side if necessary)

Employee's Signature / Date 02/02/07 / Evaluator's Signature / Date

Tour/Unit Commander / Date 2/2/07 / Division Commander / Date 2/8/07

Deputy Police Commissioner / Date / Police Commissioner / Date

PD 118

Form must be typewritten