9146542307

# New Rochelle Police Department

## Employee Performance Appraisal

Name: Araz Alali    Rank: Police Officer    Employee Number: 9551

Current Assignment: PSD

Rating Period: From January 1, 2007    To May 31, 2007

Days Absent in Rating Period:  Sick __7__   Injured __0__   Vacation __0__

Productivity:

Summonses   UTT  167   PVS  132   City Code  5

Arrests    Felony  0    Misdemeanor  19    Other  0

Calls for Service    Incident Reports  180    Accident Report  14

**Narrative:**

P.O. Alali was rated below standard for 2006 which necessitated this re-evaluation. The re-evaluation period was from March 1, 2007 through May 31, 2007. P.O. Alali had been disciplined in 2006 because he had difficulty staying in his assigned area; however that has not been a problem during this evaluation period. Another area for concern was the amount of civilian complaints; however he has improved in that area as well with only one unsubstantiated complaint.

P.O. Alali received a warning letter for the use of sick time in 2006. P.O. Alali has not improved in this area as he has used 2 full sick days and on six occasions has gone home sick during his tour of duty during this evaluation period alone. He has used 7 sick days so far in 2007.

It was noted in his 2006 evaluation that P.O. Alali needed to improve upon his communication skills, demeanor, and his understanding of discretion. It is my opinion that he has not measurably improved in any of those areas.

In addition, it has been noted that P.O. Alali has failed to maintain a proper memorandum book. There has been no improvement in this area as it was discovered by an immediate supervisor during this evaluation period that he was again in violation of Rules and Regulations section 1.29. Department discipline is pending in that matter.

It is my opinion that P.O. Alali continues to perform below standard and requires close supervision.

*[Handwritten]:* I clearly disagree with this evaluation. I am signing to receipt of this evaluation only. A rebuttal letter will follow.

(use other side if necessary)

Below Standard __X__    Meets Standard ____    Above Standard ____

Employee's Signature   Date 06/21/07    Evaluator's Signature   Date 6/21/07

Tour/Unit Commander   Date 6/21/07    Division Commander   Date 6/21/07

Deputy Police Commissioner   Date         Police Commissioner   Date

PD 118                                                           Form must be typed

DEFENDANT'S EXHIBIT