# CITY OF NEW ROCHELLE
## NEW YORK

## INTERDEPARTMENTAL COMMUNICATION

TO: Police Officer Araz Alali
FROM: Captain Robert Gazzola, Commanding Officer
DATE: July 25, 2007
SUBJECT: Re-evaluation Review of your performance during the period of January 1, 2007 to May 31, 2007

After carefully reviewing your challenge to the rating you received on your 2006 Employee Performance Appraisal – Re-evaluation, and discussing the matter with the rater, Sergeant Brady, I am amending your appraisal to "meets standard." Therefore, the sanctions outlined in the Department Rules & Regulations, Chapter Two Section 2.47 no longer apply to you.

Cc: Personnel File
Attached to original 2006 Employee Performance Appraisal