# CITY OF NEW ROCHELLE
## NEW YORK

## INTERDEPARTMENTAL COMMUNICATION

TO:       Commissioner Carroll
FROM:     P.O. Alali
DATE:     23 February, 2006
SUBJECT:  Tuition Reimbursement

Dear Commissioner Carroll:

    I will be enrolling in the Iona College Criminal Justice program for the spring trimester of 2006.

    Please be advised that as per the union contract with the City of New Rochelle, part or all of the fees and tuition will be paid by the New Rochelle Police Department for all courses successfully completed related to a Bachelor Degree in Criminal Justice.

    Your permission for this would be greatly appreciated.

*Approved*

Sincerely,

P.O. Alali #1000

Dated: 23 February, 2006

Police Commissioner


DEFENDANT'S EXHIBIT E