# CITY OF NEW ROCHELLE
## NEW YORK

INTERDEPARTMENTAL COMMUNICATION

TO:       Commissioner Carroll
FROM:     P.O. Alali
DATE:     20 Nov 2006
SUBJECT:  Tuition Reimbursement

    Please be advised that as per union contract with the City of New Rochelle I will be enrolled in the Iona College Undergraduate Program and will register for the Winter 2006 Trimester for my Bachelors Degree in Criminal Justice.
    Please be advised that as per the union contract with the City of New Rochelle part or all the fees and tuition will be paid by the New Rochelle Police Department for courses successfully completed related to a Bachelors Degree in Criminal Justice.

Respectfully submitted,

P.O. *[signature]* #1000

P.O. Alali #1000

*[signature: Patrick J. Carroll 11/27/06]*

DEFENDANT'S EXHIBIT I