# CITY OF NEW ROCHELLE
## NEW YORK

### INTERDEPARTMENTAL COMMUNICATION

TO:      Commissioner Carroll
FROM:    P.O. Alali
DATE:    15 Feb 07
SUBJECT: Tuition Reimbursement

I will be enrolling in Iona College for the Spring Trimester of 2007. I intend to obtain my Bachelor's Degree in Criminal Justice.

Please be advised that as per the union contract with the City of New Rochelle, part or all the fees and tuition will be paid by the New Rochelle Police Department for courses successfully completed related to a Bachelor's Degree in Criminal Justice.

Respectfully Submitted,

P.O. _____ #1000

P.O. Alali

*[signed]* Patrick Carroll 2/16/07

FEB 15 2007 PM 2:49


DEFENDANT'S EXHIBIT
N

RECEIVED TIME MAR. 4. 3:53PM