# New Rochelle Police Department

## Employee Performance Appraisal

Name: **Alali, Araz**        Rank: **Police Officer**        Employee Number: **9551**

Current Assignment: **PSD-Second tour**

Rating Period:    From  **01 January 2005**        To  **31 December 2005**

Days Absent in Rating Period:    Sick **5**    Injured **0**    Vacation **5**

Productivity:

**Summonses**    UTT **476**    PVS **414**    City Code **8**

**Arrests**    Felony **10**    Misdemeanor **49**    Other **6**

**Calls for Service**    Incident Reports **622**    Accident Report **49**

**Narrative:**

PO Alali has been employed by NRPD since February 2002. Prior to that he was with the NYPD. He is currently on second tour assigned primarily to north end sectors. PO Alali is an extremely active officer and leads the tour in arrests and moving violation summonses. However these statistics do not fully indicate Officer Alali's effectiveness as a Police Officer. This year he has also led the Department in citizen complaints with six. These complaints have primarily been for discourtesy. Most have not resulted in disciplinary action due to the lack of evidence. One resulted in a written reprimand. Also frequently PO Alali has had meetings with PSD Captain, second tour commander and several other second tour supervisors. These meeting were primarily for advice on Department expectations. Officer Alali attempted to conform closer to expectations for a time but would again begin to perform as he desired. This culminated in my riding with Officer Alali for approximately one month from 31 August until the end of September. In this time several issues were noted and a letter of counsel was written. This documented Department regulations to be followed and that all Officers are responsible to follow. Officer Alali stated his strong disagreement to the letter. There were several meetings between PO Alali and the Captain, Second tour Lieutenant and myself to discuss it. PO Alali continued with his contention that he felt he was correct in his methods and did not agree with the letter of counsel. Since riding with him he has begun writing more city code summonses and appears to be trying not to be as focused on vehicle stops. PO Alali has failed several times to advise HQ of traffic stops. This has been brought to his attention many times in the past. He now seems to be making notification more frequently. I advised him on 09 Nov 2005 of a deficiency with his uniform for a severely worn gun belt. He corrected the problem and otherwise always presents a clean and neat appearance. Officer Alali's reports are poor, by being sloppy, hastily written and with minimal detail. This seems more due to lack of care and interest than a lack of ability. PO Alali believes he is unfairly targeted for criticism. He also does not agree with several Department policies. It appears he is disgruntled because of this and is not motivated to do more than the minimum necessary on incidents. Officer Alali received negative discipline from one incident. He was charged with leaving his sector without authorization and violating parking restrictions. This resulted in the loss of two days.

  PO Alali used 5 sick days for 2005 and 5 vacation days.



PO Alali needs to accept that he is responsible to follow Department policies and expectations even if the reason for them is not apparent. If he did this he could become a valuable member of the Department and an asset to specialized units. He has a strong work ethic and has had many good arrests. However his high productivity does not outweigh the problems experienced and apparent lack of ability to understand and follow Department expectations. Therefore Officer Alali does not meet Department standards for 2005.

Below Standard _X_   Meets Standard ___   Above Standard ___   (use other side if necessary)

_____  01/27/06    Sgt E Austo #10/16  1/27/05
Employee's Signature        Date      Evaluator's Signature    Date

_____  1/25/06    _____  _____
Tour/Unit Commander         Date      Division Commander        Date

_____  _____    _____  _____
Deputy Police Commissioner  Date      Police Commissioner       Date

PD 118

*Handwritten note on left margin:* "I have received evaluation however I disagree with rating"

Form must be typewritten