# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+

DRITA NICAJ+

914-428-8401
FAX 914-428-8916

+also admitted in New Jersey

July 18, 2008

**VIA FACSIMILE**

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

*Application Granted —
So Ordered.*

*Cathy Seibel 8/4/08*
*07/30/08*          *USDT*

**Re:     Alali v Gazzola, et al.**
**          07 Civ. 2916 (CLB)**

Dear Judge Brieant:

On consent of the Defendants, Plaintiff requests an extension of time in which to respond to their Motion for Summary Judgment. We respectfully request that Plaintiff's time to oppose the motion be extended to August 15, 2008, Defendants' time to reply be extended to September 4, 2008 and if needed, the oral argument be adjourned to September 26, 2008 at 10:00 a.m.

Respectfully,

*Drita Nicaj*

Drita Nicaj

cc: Peter Meisels, Esq. (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____