# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

August 26, 2008

**By Fax: (914) 390-4085**

Hon. Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601
Attn: Alice Cama

Re:  Araz Alali v. Alberto DeBara, individually, Kyle Wilson, individually, Edward Austin, individually, George Marshall, individually, Humberto Morrell, individually, Matthew Brady, individually, Anthony Murphy, individually, Robert Gazzola, individually, Patrick J. Carroll, individually, and the City of New Rochelle, New York
Docket No.: 07 Civ. 2916
Our File No.: 07367.00059

Dear Judge Seibel:

We represent the defendants in the referenced action. On consent of plaintiff's attorneys, we are requesting an extension of time to file the reply in further support of defendants' motion for summary judgment on grounds of qualified immunity.

The motion was filed on May 30, 2008. Plaintiff filed his opposition on August 15, 2008. Under the current briefing schedule, the reply is due September 4, 2008, and oral argument on the motion is scheduled for September 26, 2008. On consent of plaintiff's attorney's, we respectfully request an extension of time to file the reply until Wednesday, September 17, 2008.

Thank you very much for your consideration.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

Cc:  Drita Nicaj, Esq.
     By Fax: (914) 428-8916

2098588.1