WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn: Peter A. Meisels (PM-5018)
      Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X  07 Civ. 2916 (CLB)

ARAZ ALALI,

                       Plaintiff,

    -against-

ALBERTO DeBARA, individually, KYLE WILSON,     **AFFIDAVIT OF DET.**
individually, EDWARD AUSTIN, individually,     **LT. GARY ROBINSON**
GEORGE MARSHALL, individually, HUMBERTO
MORRELL, individually, MATTHEW BRADY,
individually, ANTHONY MUPRHY, individually,
ROBERT GAZZOLA, individually, PATRICK J.
CARROLL, individually, and the CITY OF NEW
ROCHELLE, New York,

                       Defendants.
------------------------------------------------------------------ X

STATE OF NEW YORK    )
                             ) ss#
COUNTY OF WESTCHESTER  )

    GARY ROBINSON, being duly sworn, deposes and says:

    1.    I am a Detective Lieutenant with the New Rochelle Police Department ("NRPD"), and am currently assigned as the Supervisor of the NRPD's Internal Affairs Unit. I was appointed to this position when Det. Lt. James Fortunato retired in April 2008.

    2.    I have personal knowledge of the facts set forth below based upon my review of the NRPD's records.

3.  Annexed hereto is a true copy of Section 2.47 of the NRPD Rules and Regulations. This version of Section 2.47 has been in effect from June 1, 2002 through the present.

*Gary Robinson* (signature)
Gary Robinson

Sworn to before me this
11 day of September 2008

*Myron Joseph* (signature)
Notary Public

MYRON L JOSEPH
Notary Public - State of New York
NO. 01JO6070832
Qualified in Westchester County
My Commission Expires 3-11-10

New Rochelle Police Department
Rules and Regulations

| | | | |
|---|---|---|---|
| Chapter: | Two | Date Effective: | 01 Jan 97 |
| Subject: | Personal and Professional Conduct — Page 5 of 5 | Date Revised: | 01 Jun 02 |

2.47. Members of the Department who have an abusive sick leave record, a pattern of disciplinary problems, or substandard work performance may be barred from the following:

    a) Additional compensation assignments, including but not limited to, special detail employment and overtime
    b) Tour switches with oneself or other employees
    c) Consideration for a specialized unit/assignment

2.48. No member of the Department shall initiate or conduct any electronic voice recording or any video recording of any conversation or activity without the express authority of the Police Commissioner.